McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
   hagop.bedoyan@mccormickbarstow.com
Garrett R. Leatham, #333362
   garrett.leatham@mccormickbarstow.com
Garrett J. Wade, #340285
   garrett.wade@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Proposed Attorneys for Debtor in Possession
RIZO-LÓPEZ FOODS, INC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RIZO-LÓPEZ FOODS, INC.,<br><br>       Debtor in Possession. | Case No. 25-25004-C-11<br><br>Chapter 11<br><br>DC No.: MB-06<br><br>Hearing<br><br>Date:  September 19, 2025<br>Time:  9:00 a.m.<br>Place:  Dept. C, Ct. Rm. 35, 6th Fl.<br>         United States Bankruptcy Court<br>         501 "I" Street<br>         Sacramento, CA 95814<br><br>Judge: Honorable Christopher M. Klein |

## MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

     RIZO-LÓPEZ FOODS, INC., Debtor and Debtor in Possession in the above-entitled case (the "<u>Debtor</u>"), respectfully requests an order authorizing Debtor to use "cash collateral" in the form of cash on hand, money on deposit, and accounts receivable ("<u>Cash Collateral</u>"), and to grant adequate protection to secured creditors asserting an interest in the Cash Collateral (the "<u>Motion</u>"). In support of this Motion, Debtor relies upon the concurrently filed memorandum of points and

authorities, *Declaration of Edwin Rizo* (Rizo Decl.") in support of this Motion, the *Declaration of Edwin Rizo in Support of the Chapter 11 Petition and First Day Motions* ("Rizo Background Decl."), all exhibits in support, as well as all pleadings, papers, and other oral and documentary evidence submitted at or before the hearing on the Motion.

## I. SUMMARY

1. <u>Secured Parties with an interest in cash collateral</u>: Wells Fargo Bank, National Association ("WFB"), Blower-Dempsay Corporation, Inc., Rexel USA, and Ivan and Edwin Rizo (collectively the "Secured Creditors").

2. <u>Amount of Cash Collateral Use</u>: In accordance with the Budget, Debtor seeks to use the total sum of $15,714,000 on a cumulative basis through the week ending December 12, 2025.

3. <u>Amount of Cash Collateral Use Sought on an Interim Basis</u>: $3,405,000 through Week 3 (Week ending October 3, 2025) to avoid immediate and irreparable harm to the estate pending a final hearing on the Motion.

4. <u>Cash Collateral Value</u>: Cash on deposit $1,000; Accounts Receivable $1,045,000; Inventory, including finished goods, ingredients and packaging materials $1,866,000. Total cash collateral value at the Petition Date is $2,912,000.

5. <u>Proposed Adequate Protection</u>: Continue to operate business, generate income, and give replacement liens on post-petition collateral of like kind and to the same extent as existed prior to commencement of Debtor's case and monthly adequate protection payments to secured creditor WFB of $88,000.

6. <u>Operating Budget</u>: A 13-week budget is attached as Exhibit B to the Motion.

## II. JURISDICTION AND VENUE

7. Debtor commenced this chapter 11 case by filing a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on September 15, 2025 (the "Petition Date"). Since the Petition Date, Debtor has been managing its business and affairs as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

8. This Court has jurisdiction to hear this motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (M). Venue is proper in

this District pursuant to 28 U.S.C. §§ 1408 and 1409. These matters have been referred to this Court by the United States District Court for the Eastern District of California according to General Orders 182 (May 14, 1985) and 223 (E.D. Cal. Oct 22, 1987). Debtor consents to the bankruptcy court's authority to issue final orders or judgments in this matter.

### III. LEGAL BASIS FOR MOTION

9. Under 11 U.S.C. § 363(b) & (c), Rules 9014, 4001(b), and 2002(a)(2) of the Federal Rules of Bankruptcy Procedure ("Rules") and Local Rule ("LBR") 4001-1(c) & 9014-1(f)(4), Debtor seeks an order of the Court authorizing the use of cash collateral, and to grant adequate protection to the Secured Creditors.

#### A. LBR 4001-1(c) Recitals

10. The proposed cash collateral use does not contain (1) any cross-collateralization clauses, (2) provisions or findings of fact that bind the estate or all parties in interest with respect to the validity, perfection, or amount of The Secured Creditors' liens or debt, (3) provisions or findings of fact that bind the estate or all parties in interest with respect to the relative priorities of the secured party's liens, (4) waivers of 11 U.S.C. § 506(c), (5) provisions that operate to divest the Debtor of any discretion in the formulation of a plan or administration of the estate or limit access to the court to seek any relief under other applicable provisions of law; (6) releases of liability for The Secured Creditors' pre-petition torts or breaches of contract (which to the best of Debtor's knowledge, there are none), (7) waivers of avoidance actions arising under the Bankruptcy Code, (8) adequate protection provisions that create liens on claims for relief arising under the Bankruptcy Code, (9) waivers, effective on default or expiration, or the Debtor's right to move for a court order pursuant to 11 U.S.C. § 362(c)(2)(B) authorizing the use of cash collateral in the absence of the secured party's consent, and (10) findings of fact on matters extraneous to the approval process.

### PRAYER FOR RELIEF

**WHEREFORE**, Debtor requests that the Court enter an order, substantially in the form attached as **Exhibit "A"** hereto that:

1. Grants the Motion on an interim basis pending a final hearing;

2. Approves the Budget and authorizes Debtor to use Cash Collateral as noted in the Budget (with a 10% variance) on an interim basis pending a final hearing;

3. Authorizes Debtor to use Cash Collateral (with a 10% variance) after a final hearing through week ending December 12, 2025, or further order of the court;

4. Authorizes Debtor to use the cumulative amounts provided in each category in the Budget through (a) final hearing on the Motion; and (b) the week ending December 12, 2025;

5. Grants adequate protection to the Secured Creditors as set forth in the Motion; and

6. Grants such other and further relief as is just and proper.

Respectfully submitted,

Dated: September 16, 2025

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Hagop T. Bedoyan
Garrett R. Leatham
Garrett J. Wade
Proposed Attorneys for Debtor in Possession RIZO-LÓPEZ FOODS INC.

042026-000000 11944577.1