**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Rizo-Lopez Foods, Inc.      **Case No.:** 25-25004 - C - 11

**Docket Control No.** MB-7

**Date:** 10/08/2025

**Time:** 11:00 AM

**Matter:** [29] - Motion/Application For an Order Authorizing Post-Petition Debtor-in-Possession Financing [MB-7] Filed by Debtor Rizo-Lopez Foods, Inc. (lbef) [29] - Motion/Application Granting Post-Petition Liens and Super Priority Claims [MB-7] Filed by Debtor Rizo-Lopez Foods, Inc. (lbef) [29] - Motion/Application Granting Relief From Stay [MB-7] Filed by Debtor Rizo-Lopez Foods, Inc. (lbef) [29] - Motion/Application Limiting Prepetition Liens Pursuant To Bankruptcy Code Section 552(B) [MB-7] Filed by Debtor Rizo-Lopez Foods, Inc. (lbef)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Lindsey Peratis
**Reporter:** Electronic Record
**Department:** C

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney - Hagop T. Bedoyan
**Respondent(s):**
United States Trustee's Attorney - Jason Blumberg;  Interested Party's Attorney - Daniel Egan;  (by zoom) Creditor's Attorney - Todd Dressel;  (by zoom) Creditor's Attorney - Katie Mason;  (by zoom) Unsecured Creditor Committee's Attorney - Jason Torf

---

**CIVIL MINUTES**

Motion Granted on an Interim Basis.

CONTINUED HEARING TO BE HELD ON **10/29/2025 at 11:00 AM** at Sacramento Courtroom 35, Department C

    **The court will issue an order.**