McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
   *hagop.bedoyan@mccormickbarstow.com*
Garrett R. Leatham, #333362
   *garrett.leatham@mccormickbarstow.com*
Garrett J. Wade, #340285
   *garrett.wade@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Debtor in Possession
RIZO-LÓPEZ FOODS, INC.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RIZO-LÓPEZ FOODS, INC.,<br><br>        Debtor in Possession. | Case No. 25-25004-C-11<br><br>Chapter 11<br><br>DC No.: MB-15<br><br>Judge: Honorable Christopher M. Klein<br><br>*[No Hearing Required]* |

### DECLARATION OF EDWIN RIZO IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY HYMAN, PHELPS & MCNAMARA, P.C. AS SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e)

I, Edwin Rizo, hereby declare and represent as follows:

1.     I am the CEO of RIZO-LÓPEZ FOODS, INC. (the "Debtor" or "RLF"), the debtor and debtor in possession in the above-captioned chapter 11 case. As such, I am generally familiar with the Debtor's day-to-day operations, business affairs, and books and records.

2.     I am over eighteen years of age. I have personal knowledge of the information set forth herein and base the statements made in this declaration on the information available to me and my belief. If I were called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein based upon my personal knowledge, review of documents, or opinion, except as to those matters stated upon information and belief. I am authorized to make this Declaration in support of the Debtor's *Application to Employ Hyman, Phelps & McNamara,*

*P.C. as Special Counsel Pursuant to 11 U.S.C. § 327(e)* (the "Application").[1]

3. In the course and scope of my duties as CEO, I am familiar with the record keeping practices and policies of the Debtor and how it regularly maintains its business records. All facts set forth in this Declaration are based on my personal knowledge, upon information supplied to me by people who report to me, upon information supplied to me by the Debtor's professionals and consultants, upon my review of relevant documents, or upon my opinion based on my experience and knowledge regarding the Debtor's operations, financial condition, and related business issues. The documents submitted herewith, referenced herein or otherwise relied upon by me for purposes of this Declaration are the business records of the Debtor, prepared and maintained in the ordinary and regularly conducted business activity of the Debtor, and used by me for those purposes.

4. Debtor commenced this chapter 11 case by filing a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on September 15, 2025 (the "Petition Date"). Since the Petition Date, Debtor has been managing its business and affairs as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

5. Debtor desires to employ Hyman, Phelps & McNamara, P.C. ("HPM") as its special counsel during the pendency of the chapter 11 case.

6. Debtor did not pay a retainer to HPM and as of the Petition Date, HPM was not a creditor of the Debtor.

7. Debtor retained HPM on August 21, 2025, under the terms and conditions included in the legal services agreement (the "Legal Services Agreement") attached to the Exhibit List as **Exhibit "1."** It is my understanding and belief that HPM is well-qualified in advising on Food and Drug Administration matters, including regulations and compliance, and I believe its services cannot be duplicated without hiring outside counsel at a cost in excess of its proposed compensation.

8. I have reviewed the Application and the supporting declaration of Ricardo Carvajal and believe them to be accurate. I do not believe there any connections or conflicts that will interfere with HPM's ability to perform its duties in this case. Further, I am informed and believe on the

---

[1] Undefined capitalized terms shall have the meaning ascribed to them in the Application.

2

same grounds that HPM's billing rates and material terms for the engagement are comparable to HPM's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of comparable skilled professionals.

9. I understand that the Debtor will be billed for legal services performed by attorneys and paralegals at the hourly rates described in the Application and supporting papers. It is my understanding that HPM will maintain detailed records of time spent and tasks performed for the Debtor and any actual and necessary costs and expenses incurred in connection with these legal services, and that HPM will file fee applications in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the UST Guidelines, and any orders of the Bankruptcy Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 23rd day of October, 2025, in Fresno, California.

_____
Edwin Rizo

042026-000000 12148828.1