McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
  *hagop.bedoyan@mccormickbarstow.com*
Garrett R. Leatham, #333362
  *garrett.leatham@mccormickbarstow.com*
Garrett J. Wade, #340285
  *garrett.wade@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Debtor in Possession,
RIZO-LÓPEZ FOODS, INC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RIZO-LÓPEZ FOODS, INC.,<br><br>　　　　Debtor in Possession. | Case No.  25-25004-C-11<br><br>Chapter 11<br><br>DC No.: MB-15<br><br>Judge:  Honorable Christopher M. Klein<br><br>[*No Hearing Required*] |

# DECLARATION OF RICARDO CARVAJAL IN SUPPORT OF THE APPLICATION TO EMPLOY HYMAN, PHELPS & MCNAMARA, P.C. AS SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e)

I, Ricardo Carvajal, declare as follows:

1.  I am over eighteen years of age.  I have personal knowledge of the information set forth herein and base the statements made in this declaration on that knowledge.  If called as a witness, I could and would testify competently as to the matters stated herein.

2.  I am a director with the law firm Hyman, Phelps & McNamara, P.C. ("HPM").  HPM maintains its office at 1101 K Street N.W., Suite 700, Washington, D.C. 20005.  I am authorized to make this declaration in support of the Rizo Lopez Foods, Inc.'s ("Debtor") Application to Employ Hyman, Phelps & McNamara, P.C. as Special Counsel Pursuant to 11 U.S.C. § 327(e) ("Application").

1

3. HPM is a boutique firm based in Washington, D.C. and has more than thirty lawyers focused on food and drug law. It is the largest dedicated FDA law firm in the United States. Debtor and HPM entered into a legal services agreement ("Legal Services Agreement") on August 21, 2025, subject to the bankruptcy court's approval. **Exhibit 1** is a true and correct copy of this Legal Services Agreement.

4. Subject to the bankruptcy court's approval, HPM proposes to provide legal services to the Debtor specific to Food and Drug Administration regulations and compliance.

5. HPM will bill the Debtor for legal services at the hourly rates stated below.

| POSITION | HOURLY RATE |
|---|---|
| Directors | $740-$1,400 |
| Senior Counsel | $900-$1,040 |
| Counsel | $700-$870 |
| Associates | $525-$650 |
| Non-attorney professionals | $180-$1,250 |
| Ricardo Carvajal[1] | $880 |
| Andrew Hull | $880 |

6. I am informed and believe that all fees and related costs and expenses HPM charges for the legal services will be paid as administrative expenses of the bankruptcy estate. HPM will maintain detailed records of time spent and tasks performed for the Debtor and any actual and necessary costs and expenses incurred in connection with these services, and HPM will file fee applications in accordance with the Bankruptcy Code, the Rules, the LBR, any applicable orders of this Court, and the UST Guidelines. Notwithstanding anything to the contrary contained in this Application and supporting papers, HPM agrees that the relevant provisions of the Bankruptcy Code, Rules, LBR, and UST Guidelines will prevail. HPM further understands and acknowledges

---

[1] Ricardo Carvajal and Andrew Hull are the principal attorneys that will be representing the Debtor pursuant to the Legal Services Agreement.

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2

DECLARATION OF RICARDO CARVAJAL IN SUPPORT OF THE APPLICATION TO EMPLOY HYMAN, PHELPS & MCNAMARA, P.C. AS SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e)

that all compensation is subject to 11 U.S.C. §§ 327, 329, 330, and 331.

7. HPM did not request a retainer pre-petition, and as of the petition date, Debtor did not owe any money to HPM.

8. No promises have been received by HPM, or any employee of HPM, as to payment of compensation in connection with this Bankruptcy Case, other than in accordance with the provisions of the Bankruptcy Code, the Rules, the LBR, and the UST Guidelines. HPM has no agreement with any other entity to share compensation received by HPM.

9. In connection with its potential retention in this Bankruptcy Case, HPM conducted an investigation to ascertain conflicts and connections with the Debtor's creditors and other potential parties in interest. I reviewed a list of interested parties provided by the debtor, reviewed HPM's records and determined that there are no conflicts of interest or other relationships that would preclude HPM from acting as the Debtor's special counsel.

10. Here, HPM does not hold or represent an interest adverse to the estate with respect to the matter on which HPM is to be employed. HPM has disclosed its connections with Debtor and does not believe that any of these connections would interfere with its duties to the Debtor and its estate. I have no connection with the debtor, creditors, or any party in interest, their respective attorneys, accountants, or the U.S. Trustee, or any employee of the U.S. Trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 23, 2025 in Washington, D.C.

_____
Ricardo Carvajal

042026-000000 12149151.1

3
DECLARATION OF RICARDO CARVAJAL IN SUPPORT OF THE APPLICATION TO EMPLOY HYMAN, PHELPS & MCNAMARA, P.C. AS SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e)