McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
   *hagop.bedoyan@mccormickbarstow.com*
Garrett R. Leatham, #333362
   *garrett.leatham@mccormickbarstow.com*
Garrett J. Wade, #340285
   *garrett.wade@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Debtor in Possession
RIZO-LÓPEZ FOODS, INC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RIZO-LÓPEZ FOODS, INC.,<br><br>        Debtor in Possession | Case No. 25-25004-C<br><br>Chapter 11<br><br>DC No.: MB-16<br><br>Hearing<br><br>Date:   November 26, 2025<br>Time:   11:00 a.m.<br>Place:   Dept. C, Ct. Rm. 35, 6th Fl.<br>        United States Bankruptcy Court<br>        501 "I" Street<br>        Sacramento, CA 95814<br><br>Judge: Honorable Christopher M. Klein |

**NOTICE OF HEARING ON MOTION OF DEBTOR PURSUANT TO 11 U.S.C. §§ 1112(a), FED. R. BANKR. P. 1017(f) AND 9014, AND B.L.R. 9014-1(b)(1)(C) FOR ENTRY OF AN ORDER TO CONVERT CHAPTER 11 CASE TO CHAPTER 7**

**NOTICE IS HEREBY GIVEN** that a hearing shall take place on *Motion Of Debtor Pursuant To 11 U.S.C. §§ 1112(A), Fed. R. Bankr. P. 1017(F) And 9014, And B.L.R. 9014-1(B)(1)(C) For Entry Of An Order To Convert Chapter 11 Case To Chapter 7* (the "Motion"), filed by Rizo-Lopez Foods, Inc., the debtor and debtor-in-possession herein ("Debtor") before the Honorable Christopher M. Klein, at the date, time, and place provided in the above caption.

As of the date of the Motion, the Debtor has been unsuccessful in its efforts to find either mezzanine financing or a "Stalking Horse" buyer, willing to buy the Debtor's assets utilizing a Section 363 sale procedures. Under the circumstances, the Debtor can no longer sustain ongoing production operations and has elected to terminate most of its employees and wind-down its operations and seek an order of this Court approving the conversion of its chapter 11 case to chapter 7 pursuant to 11 U.S.C. § 1112(a).

**NOTICE IS FURTHER GIVEN** that, as further described below, a hearing on the Motion will be held on November 26, 2025 at 11:00 a.m. (the "Hearing"), or as soon thereafter as the matter may be heard, before the Honorable Christopher M. Klein United States Bankruptcy Judge, Dept. C, Ct. Rm. 35, 6th Fl. United States Bankruptcy Court, 501 "I" Street, Sacramento, CA 95814 where the Court will hear and consider approval of the Motion.

**NOTICE IS FURTHER GIVEN** that the Motion is filed pursuant to Local Rule of Practice for the United States Bankruptcy Court, Eastern District of California ("LBR") 9014-1(f)(1). Opposition, if any, to the granting of the Motion shall be in writing and shall be served and filed with the Court at least fourteen (14) days preceding the date of the hearing. LBR 9014-1(f)(1)(B). Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the Motion at oral argument if written opposition to the Motion has not been timely filed. Failure to timely file written opposition may be deemed to be a waiver of any opposition to the granting of the Motion, may result in the Motion being resolved without oral argument, or may result in the imposition of sanctions, including the striking of untimely written opposition.

In addition, copies of any written opposition must be mailed to the following addresses:

Rizo Lopez Foods, Inc.
c/o McCormick, Barstow, Sheppard, Wayte & Carruth, LLP
7647 N. Fresno Street
Fresno, CA 93720

Office of the United States Trustee
Attn: Trevor R. Fehr, Trial Attorney
500 I Street, Ste. 7-500
Sacramento, CA 95814

**NOTICE IS FURTHER GIVEN** that all matters will be conducted simultaneously: (1) via ZoomGov Video, (2) via ZoomGov Telephone, and (3) via CourtCall. You may choose any of these options. **Parties who wish to appear at the Hearing remotely are required to sign up no later than one business day prior to the hearing by 4:00 p.m.** Information regarding how to sign up is on the Court Appearances page of the Court's website at https://www.caeb.uscourts.gov/Calendar/CourtAppearances. Each party who has signed up will receive a Zoom link or phone number, meeting I.D., and password via email. If the deadline to sign up has passed, parties who wish to appear remotely must contact the Courtroom Deputy for the Department holding the hearing.

**NOTICE IS FURTHER GIVEN** that to appear at the hearing by telephone via CourtCall, contact CourtCall Conference Service at 1-866-582-6878. *See also*, https://www.courtcall.com. The telephone appearance must be arranged 24 hours in advance of the hearing. A CourtCall fee applies. Individuals using CourtCall are cautioned they do so at their own risk. The hearing will not be rescheduled due to a missed connection.

**NOTICE IS FURTHER GIVEN** that respondents can determine whether the matter has been resolved without oral argument and whether the court has issued a tentative ruling, and can view pre-hearing dispositions by checking the Court's website at https://www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically are required to review the pre-hearing dispositions prior to the hearing.

Respectfully submitted.

Dated: October 27, 2025

McCORMICK, BARSTOW, SHEPPARD,
WAYTE, & CARRUTH LLP

By: /s/ Hagop T. Bedoyan
Hagop T. Bedoyan,
Garrett R. Leatham,
Garrett J. Wade
Attorneys for RIZO LOPEZ FOODS, INC.