McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
  *hagop.bedoyan@mccormickbarstow.com*
Garrett R. Leatham, #333362
  *garrett.leatham@mccormickbarstow.com*
Garrett J. Wade, #340285
  *garrett.wade@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for RIZO-LÓPEZ FOODS INC.,
Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 25-25004-C-11 |
| RIZO-LÓPEZ FOODS, INC., | Chapter 11 |
| Debtor in Possession. | DC No.: MB-04 |

**LIMITED SERVICE LIST**

**(As of November 14, 2025)**

042026-000000 11914659.1

Limited Service List

# LIMITED SERVICE LIST
# Rizo-Lopez Foods, Inc.
# Case No. 25-25004

**COUNSEL FOR THE DEBTOR**

PRAESTO LEAN SOLUTIONS LLC
PAUL BOOTS
5483 E DRY CREEK CIR
CENTENNIAL CO 80122
PBOOTS@PRAESTOLEANSOLUTIONS.COM

MCCORMICK BARSTOW SHEPPARD ET AL
HAGOP T BEDOYAN
7647 NORTH FRESNO ST
FRESNO CA 93720
HAGOP.BEDOYAN@MCCORMICKBARSTOW.COM

EXCELLENTIA FOODS
7043 CAMINO MAQUILADORA #2
SAN DIEGO CA 92154
BRENDA@EXCELLENTIAFOODS.COM

MCCORMICK BARSTOW SHEPPARD ET AL
GARRETT R LEATHAM
7647 NORTH FRESNO ST
FRESNO CA 93720
GARRETT.LEATHAM@MCCORMICKBARSTOW.COM

FLORES BROTHERS INC DBA DURANGO FOODS
7777 SCOUT AVE.
BELL GARDENS CA 90201
INFO@DURANGOFOODS.COM

MCCORMICK BARSTOW SHEPPARD ET AL
GARRETT J WADE
7647 NORTH FRESNO ST
FRESNO CA 93720
GARRETT.WADE@MCCORMICKBARSTOW.COM

COMPLETE POWER FOODS
NANA FARKYE
N/A
NFARKYE@COMPLETEPOWERFOODS.COM

**DEBTOR**

RIZO LOPEZ FOODS, INC
EDWIN RIZO
201 S MCCLURE RD
MODESTO CA 95357

**COUNSEL FOR (I) POSPETITION LENDERS (EDWIN & IVAN RIZO) & (II) I&E MCCLURE, LLC**

WILKE FLEURY LLP
DANIEL L. EGAN
621 CAPITOL MALL
SUITE 900
SACRAMENTO CA 95814
DEGAN@WILKEFLEURY.COM

**GOVT. AGENCY**

CA DEPT OF TAX AND FEE ADMINISTRATION
COLLECTIONS SUPPORT BUREAU
BANKRUPTCY SECTION - MIC29
PO BOX 942879
SACRAMENTO CA 94279-0029

**COUNSEL FOR PREPETITION LENDERS (WELLS FARGO BANK & WELLS FARGO EQUIPMENT FINANCE)**

MCGUIRE WOODS LLP
TODD J. DRESSEL
TWO EMBARCADERO CENTER
SUITE 1300
SAN FRANCISCO CA 94111-3821
TDRESSEL@MCGUIREWOODS.COM

EMPLOYMENT DEVELOPMENT DEPT
BANKRUPTCY SPECIAL PROCEDURES GROUP
PO BOX 826880 MIC 92E
SACRAMENTO CA 94280-0001

**GOVT. AGENCY**

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A-340
PO BOX 2952
SACRAMENTO CA 95812-2952

INTERNAL REVENUE SVC
PO BOX 7346
PHILADELPHIA PA 19101-7346

SECRETARY OF THE TREASURY
CHIEF COUNSEL REGION IX
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220

STATE COMPENSATION INSURANCE FUND
BANKRUPTCY UNIT
PO BOX 8192
PLEASANTON CA 94588-8792

US ATTORNEY
501 I ST
STE 10-100
SACRAMENTO CA 95814

US ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF REGIONAL COUNSEL ORC-3
75 HAWTHORNE ST
SAN FRANCISCO CA 94105

US SECURITIES AND EXCHANGE COMMISSION
BANKRUPTCY COUNSEL
444 SOUTH FLOWER ST
STE 900
LOS ANGELES CA 90071-9591

**GOVT. AGENCY**

US SMALL BUSINESS ADMINISTRATION
DISTRICT COUNSEL
455 MARKET ST
STE 600
SAN FRANCISCO CA 94105

US FOOD AND DRUG ADMINISTRATION
MATTHEW R. NOONAN, ACTING DR
HUMAN FOODS PROGRAM
5001 CAMPUS DR
COLLEGE PARK MD 20740-3835

US DEPT OF HEALTH AND HUMAN SVC
OFFICE OF GENERAL COUNSEL
FOOD AND DRUG DIVISION
10903 NEW HAMPSHIRE AVE
SILVER SPRING MD 20993

US DEPT OF JUSTICE, CIVIL DIV
DAVID G CROCKETT JR
CONSUMER PROTECTION BRANCH
450 FIFTH ST NW
6TH FL SOUTH
WASHINGTON DC 20001
DAVID.G.CROCKETT@USDOJ.GOV

US DEPT OF JUSTICE, CIVIL DIV
JAMES T NELSON
CONSUMER PROTECTION BRANCH
450 FIFTH ST NW
6TH FL SOUTH
WASHINGTON DC 20001
JAMES.NELSON2@USDOJ.GOV

US DEPT OF HEALTH AND HUMAN SVC
ELIZABETH NORFORD
OFC OF GEN COUNSEL FOOD & DRUG DIV
10903 NEW HAMPSHIRE AVE
SILVER SPRING MD 20993
ELIZABETH.NORFORD@FDA.HHS.GOV

US FOOD AND DRUG ADMINISTRATION
HUMAN FOODS PROGRAM
LEGAL DEPT
5001 CAMPUS DR
COLLEGE PARK MD 20740-3835

# LIMITED SERVICE LIST
## Rizo-Lopez Foods, Inc.
## Case No. 25-25004

**PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

TUCKER ELLIS LLP
ZI C LIN;JASON M TORF;THOMAS R FAWKES;MOTUNRAYO D
515 SOUTH FLOWER ST, 42ND FLOOR
LOS ANGELES CA 90071
ZI.LIN@TUCKERELLIS.COM; JASON.TORF@TUCKERELLIS.COM;
THOMAS.FAWKES@TUCKERELLIS.COM;
MOTUNRAYO.AKINMURELE@TUCKERELLI S.COM

**SECURED CREDITOR**

EDWIN RIZO
201 S MCCLURE RD
MODESTO CA 95357-0519

IVAN RIZO
201 S MCCLURE RD
MODESTO CA 95357-0519

BLOWER-DEMPSAY CORP INC
DBA PAK WEST PAPER AND PACKAGING
555 MARIN ST STE 140
THOUSAND OAKS CA 91360-4103

**TOP 20 UNSECURED CREDITOR**

AMYS KITCHEN, INC
TIM GRIFFIN
PO BOX 4759
PETALUMA CA 94955
TIM.GRIFFIN@AMYS.COM

CASTLE IMPORTING
MARC ZADRA
14550 MILLER AVE
FONTANA CA 92336
MZADRA@CASTLEIMPORTING.COM

**TOP 20 UNSECURED CREDITOR**

CHEMCO PRODUCTS CO
JEFF STANHOPE
6401 ALONDRA BLVD
PARAMOUNT CA 90723
JEFF@CHEMCOPROD.COM

CRYSTAL CREAMERY
LATONIA HAYNES
PO BOX 883369
LOS ANGELES CA 90088
LHAYNES@CRYSTALCREAMERY.COM

DAIRY FARMERS OF AMERICA
JOHNNY HIRAMOTO
2637 COLLECTION CTR DR
CHICAGO IL 60693
JHIRAMOTO@DFAMILK.COM

R&D INCENTIVES GROUP
725 S. FIGUEROA ST
STE 2250
LOS ANGELES CA 90017
BCHANG@RDINCENTIVESGROUP.COM

JIMENES FOOD INC
JUSTIN CAMPOS
7046 JACKSON ST
PARAMOUNT CA 90723
JIMENESFOOD@HOTMAIL.COM

JIMENEZ MEXICAN FOODS INC
VERONICA JIMENEZ
20343 HARVILL AVE
PERRIS CA 92570
VERONICA@JIMENEZFOODS.COM

PACIFIC GOLD MILK PRODUCERS, INC.
MARY BREHM
P.O. BOX 1403
RIPON CA 95366
MARY@PACIFICGOLDMILKPRODUCERS.COM

# LIMITED SERVICE LIST
# Rizo-Lopez Foods, Inc.
# Case No. 25-25004

**TOP 20 UNSECURED CREDITOR**

LATITUDE 36 FOODS
MICHELLE SHAW
300 EL SOBRANTE RD
CORONA CA 92879
MSHAW@LATITUDE36FOODS.COM

NORCAL CONSTRUCTION
LUIS ORELLANA
1465 ELLERD DR
TURLOCK CA 95380
L-ORELLANA@SBCGLOBAL.NET

PACIFIC CHEESE-HAYWARD
JONATHAN FRANCO
21090 CABOT BLVD
HAYWARD CA 94545
JFRANCO@PACIFICCHEESE.COM

PRIME MEATS
GABRIEL RUIZ
2150 BOGGS RD STE 500
DULUTH GA 30096
GRUIZ@PRIMEMEATS.COM

RANA MEAL SOLUTIONS LLC
TIMOTHY HUGHES
1370 BREWSTER CREEK BLVD
BARTLETT IL 60103
THUGHES@LAVELLELAW.COM

RESERS FINE FOODS INC
D/B/A FRESH CREATIVE FOODS
SUSSMAN SHANK LLP SEAN R MCCLENDON
1000 SW BROADWAY
STE 1400
PORTLAND OR 97205
SMCCLENDON@SUSSMANSHANK.COM

SARGENTO FOODS INC
C/O QUARLES & BRADY LLP
L. KATIE MASON
411 E WISCONSIN AVE
STE 2400
MILWAUKEE WI 53202-4428
KATIE.MASON@QUARLES.COM

**TOP 20 UNSECURED CREDITOR**

STANISLAUS COUNTY TAX COLLECTOR
DONNA RILEY
PO BOX 1003
MODESTO CA 95353
RILEYD@STANCOUNTY.COM

LANDSBERG ORORA
DONNA MIKKELSON
1900 W UNIVERSITY DR
TEMPTE AZ 85281
DONNA.MIKKELSON@VERITIV.COM

**TOP 20 UNSECURED CREDITOR & SECURED CREDITOR**

WELLS FARGO EQUIPMENT FINANCE INC
MELISSA HARRIS
MAC 539828034
2700 S PRICE RD
CHANDLER AZ 85286
MELISSA.K.HARRIS@WELLSFARGO.COM

**TOP 20 UNSECURED CREDITOR & SECURED CREDITOR**

WELLS FARGO BANK NA
GREG MONDON
299 S MAIN ST
6TH FL
SALT LAKE CITY UT 84111
GMONDON@WELLSFARGO.COM

**US TRUSTEE**

OFFICE OF THE US TRUSTEE
JASON BLUMBERG
500 I ST
STE 7-500
SACRAMENTO CA 95814
JASON.BLUMBERG@USDOJ.GOV

**Rizo-Lopez Foods, Inc.**
**Case No. 25-25004**

**US TRUSTEE**

OFFICE OF THE US TRUSTEE
TREVOR FEHR
500 I ST
STE 7-500
SACRAMENTO CA 95814
TREVOR.FEHR@USDOJ.GOV