McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
　*hagop.bedoyan@mccormickbarstow.com*
Garrett R. Leatham, #333362
　*garrett.leatham@mccormickbarstow.com*
Garrett J. Wade, #340285
　*garrett.wade@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:　(559) 433-1300
Facsimile:　(559) 433-2300

Attorneys for Debtor in Possession
RIZO-LÓPEZ FOODS, INC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RIZO-LÓPEZ FOODS, INC.,<br><br>　　　Debtor in Possession | Case No. 25-25004-C<br><br>Chapter 11<br><br>DC No.: MB-16<br><br>Hearing<br><br>Date:　November 26, 2025<br>Time:　11:00 a.m.<br>Place:　Dept. C, Ct. Rm. 35, 6th Fl.<br>　　　United States Bankruptcy Court<br>　　　501 "I" Street<br>　　　Sacramento, CA 95814<br><br>Judge: Honorable Christopher M. Klein |

**STATUS REPORT RE MOTION OF DEBTOR PURSUANT TO 11 U.S.C. §§ 1112(a), FED. R. BANKR. P. 1017(f) AND 9014, AND B.L.R. 9014-1(b)(1)(C) FOR ENTRY OF AN ORDER TO CONVERT CHAPTER 11 CASE TO CHAPTER 7**

**TO THE HONORABLE CHRISTOPHER M. KLEIN, UNITED STATES BANKRUPTCY JUDGE AND ALL INTERESTED PARTIES AND/OR THEIR COUNSEL OF RECORD:**

　　　Rizo Lopez Foods, Inc., the debtor and debtor in possession ("RLF" or "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby submits its status conference statement for the November 26, 2025, hearing on its motion to have the Chapter 11 Case converted to Chapter 7, pursuant to 11 U.S.C. § 1112(a) (the "Motion").

1. The Debtor's objective in the Chapter 11 Case has been to sell its assets pursuant to 11 U.S.C. § 363, and also obtain debtor-in-possession financing and cash collateral use pending such a sale. Until the filing of the Motion, the Debtor had not made significant progress towards accomplishing those different but complimentary objectives.

2. However, since the filing of the Motion, several potential buyers have surfaced and the Debtor, along with the Rizo family (including I&E McClure, LLC), the Official Committee of Unsecured Creditors ("UCC") as well as the Debtor's major secured creditor, Wells Fargo Bank ("WFB"), have been engaged in multi-lateral discussions in an effort to negotiate a sale of the Debtor's assets and obtain interim financing pending a hearing on a sale.

3. Based upon the ongoing discussions referenced above, the Debtor is requesting that the hearing on the Motion be continued to the Court's December 18, 2025 calendar at 11:00 a.m. The UCC and WFB support the continuance.

4. The Debtor will appear at the hearing on the Motion and request the continuance of the hearing on the Motion to December 18 and also request that the related hearings on the Debtor's motions for cash collateral use ("MB-06") and debtor-in-possession financing ("MB-07") be continued to December 18, 2025, at 11:00 a.m. A revised cash collateral budget will be filed prior to the November 26, 2025, hearing.

Respectfully submitted,

Dated: November 24, 2025

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Hagop T. Bedoyan
Garrett R. Leatham
Garrett J. Wade
Attorneys for Debtor RIZO-LÓPEZ FOODS, INC.

042026-000000 12237077.1