McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
 *hagop.bedoyan@mccormickbarstow.com*
Garrett R. Leatham, #333362
 *garrett.leatham@mccormickbarstow.com*
Garrett J. Wade, #340285
 *garrett.wade@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Debtor in Possession
RIZO-LÓPEZ FOODS INC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RIZO-LÓPEZ FOODS, INC.,<br><br>Debtor in Possession. | Case No. 25-25004-C-11<br><br>Chapter 11<br><br>DC No.: MB-06<br><br>Hearing<br><br>Date: November 26, 2025<br>Time: 11:00 a.m.<br>Place: Dept. C, Ct. Rm. 35, 6th Fl.<br>United States Bankruptcy Court<br>501 "I" Street<br>Sacramento, CA 95814<br><br>Judge: Honorable Christopher M. Klein |

**THIRD SUPPLEMENTAL DECLARATION OF EDWIN RIZO IN SUPPORT OF MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**

I, EDWIN RIZO, hereby declare and represent as follows:

1. I am the CEO of Rizo-Lopez Foods, Inc., a corporation, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"). As such, I am generally familiar with the day-to-day operations, business affairs and books and records.

2. I am over eighteen years of age. I have personal knowledge of the information set forth herein and base the statements made in this declaration on the information available to me and my belief. I make this Third Supplemental Declaration ("Third Supplemental Declaration") in

Case No. 25-25004-C-11

support of *Debtor's Motion for Order Authorizing Use of Cash Collateral and Granting Adequate Protection* [Doc 25] (the "Motion").

3. Since the filing of the Motion, the Court has made three interim orders authorizing the use of cash collateral, granting adequate protection and continuing the hearings on the Motion [Docs 66, 144 and 220] (the "Previous Interim Orders").

4. The Previous Interim Orders authorized the Debtor, pursuant to 11 U.S.C. §§ 361, 363(c), and 363(e), and subject to each of the limitations set forth in the Previous Interim Orders, to use "cash collateral" as that term is defined in 11 U.S.C. § 363(a), in which the Secured Creditors having or asserting an interest in, including, without limitation, all cash and all proceeds of accounts receivable, in the ordinary course of the Debtor's business, from the Petition Date pending a continued or final hearing on the Motion solely for the purposes and in the total amount set forth in the budget attached to the Motion as Exhibit "A" and incorporated therein by this reference as though set forth in full (subject to a variance of no more than ten percent (10%) (the "Budget").

5. The current *Second Interim Order Authorizing Use of Cash Collateral, Granting Adequate Protection and Continuing Hearing* dated October 30, 2025 [Doc 220] [the "Second Interim Order") authorized the Debtor to use "cash collateral" through November 26, 2025 solely for the purposes and in the total amount set forth in the budget attached to the Second Interim Order as Exhibit "A" and incorporated therein by this reference as though set forth in full (subject to a variance of no more than ten percent (10%) (the "Second Budget"). The Second Budget was based upon the Debtor's decision to gradually shut-down the Debtor's operations and convert the Chapter 11 case to Chapter 7.

6. On October 27, 2025, the Debtor filed its *Motion Of Debtor Pursuant To 11 U.S.C. §§ 1112(A), Fed. R. Bankr. P. 1017(F) And 9014, And B.L.R. 9014-1(B)(1)(C) For Entry Of An Order To Convert Chapter 11 Case To Chapter 7* [Doc 202] (the "Conversion Motion"). A hearing on the Conversion Motion has been set for November 26, 2025 at 11:00 a.m.

7. Since the entry of the Second Interim Order and the filing of the Conversion Motion, the Debtor has been engaged in extensive discussions with several prospective buyers to sell the Debtor's assets and obtain interim debtor-in-possession financing pending such a sale. Based upon

those discussions, the Debtor has sought and obtained the agreement of the Unsecured Creditors' Committee ("UCC") and its largest secured creditor, Wells Fargo Bank ("WFB"), to have the hearing on the Conversion Motion continued to December 18, 2025, at 11:00 a.m. in order to allow time for the Debtor to present to the Court a "Stalking-Horse" purchase offer for a sale pursuant to 11 U.S.C. § 363(f), subject to higher and better bids.

8. Attached to this Third Supplemental Declaration as **Exhibit "A"** is a four-week cash collateral budget projecting revenues and expenses from the week ending November 28, 2025, through the week ending December 19, 2025 (the "Third Amended Budget").

9. The Third Amended Budget was prepared by the Debtor's Controller, Gerardo Leon-York, in the course and scope of his employment under my supervision and with the assistance of the Debtor's financial advisors, including Quintin Brown of the The Stapleton Group.

10. The Third Amended Budget now provides for the Debtor to continue operating through the a continued hearing on the Motion while it negotiates a sale of its assets.

11. The Third Amended Budget make the following assumptions: a) Total gross sales of $2,920,000.00 for the four week period; b) no rent payments to the insider real property lessors for the Debtor's two locations in Modesto and Gardena; c) No payment of compensation to Edwin or Ivan Rizo (the "Rizo Brothers"); d) no interest payments on the Rizo Brothers debtor-in-possession loans; e) no further funds set aside for the payment of professionals during the four-week period referenced in the Third Amended Budget;[1] f) interest and adequate protection payments will be made to WFB during the week ending December 19, 2025; g) United States Trustee fees will be paid; and h) The Debtor will be operating its plant five-days a week during the month of December and employ approximately 148 employees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of November, 2025 in Modesto, California.

Edwin Rizo

---

[1] The Debtor currently has $177,600 on deposit for the payment of professional fees.

3    Case No. 25-25004-C-11

THIRD SUPPLEMENTAL DECLARATION OF EDWIN RIZO IN SUPPORT OF MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION