**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Rizo-Lopez Foods, Inc.    **Case No.:** 25-25004 - C - 11

**Docket Control No.** MB-16

**Date:** 11/26/2025

**Time:** 11:00 AM

**Matter:** [202] - Motion/Application to Convert Case From Chapter 11 to Chapter 7 [MB-16] Filed by Debtor Rizo-Lopez Foods, Inc. (Fee Paid $15) (eFilingID: 7558968) (vcaf)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Lindsey Peratis
**Reporter:** Electronic Record
**Department:** C

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney – Hagop Bedoyan
**Respondent(s):**
United States Trustee's Attorney – Trevor Fehr; (by zoom) Unsecured Creditor Committee's Attorney – Jason Torf; (by zoom) Creditor's Attorney – Katie Mason; (by zoom) Creditor's Attorney – Todd Dressel; (by zoom) Creditor's Attorney – Howard Levine; (by zoom) Creditor's Attorney – Jason Eldred; (by zoom) Creditor's Attorney – Joshua Weinberg; (by zoom) Creditor's Attorney – Shane Moses; (by zoom) Creditor's Attorney – Edward Green; (by phone) Creditor's Attorney – Galen Gentry

---

**CIVIL MINUTES**

CONTINUED HEARING TO BE HELD ON **12/18/2025 at 11:00 AM** at Sacramento Courtroom 35, Department C