McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
   hagop.bedoyan@mccormickbarstow.com
Garrett R. Leatham, #333362
   garrett.leatham@mccormickbarstow.com
Garrett J. Wade, #340285
   garrett.wade@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Proposed Attorneys for Debtor in Possession
RIZO-LÓPEZ FOODS INC.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RIZO-LÓPEZ FOODS, INC.,<br><br>        Debtor in Possession | Case No. 25-25004-C-11<br><br>Chapter 11<br><br>DC No.: CAE-1<br><br>Hearing<br><br>Date:  January 14, 2026<br>Time:  11:00 a.m.<br>Place:  Dept. C, Ct. Rm. 35, 6th Fl.<br>        United States Bankruptcy Court<br>        501 "I" Street<br>        Sacramento, CA 95814<br><br>Judge: Honorable Christopher M. Klein |

## CHAPTER 11 STATUS CONFERENCE STATEMENT

Rizo Lopez Foods, Inc. (the "Debtor" or "RLF"), the debtor and debtor in possession in the above captioned chapter 11 case ("Bankruptcy Case"), hereby submits this Chapter 11 Status Conference Statement (the "Status Conference Statement") pursuant to this Court's *Order re Chapter 11 Status Conference and Notice Thereof* [ECF 04] ("Status Conference Order").

/ / /

/ / /

/ / /

## I. BACKGROUND

### A. Description of Rizo Lopez Foods, Inc.

1. Debtor is a family built and run company with a strong commitment to its consumers and employees. The Debtor became incorporated in the State of California in 1990 for the purposes of selling and distributing high quality Mexican and Central American cheese products in the bay area and specifically the Mission District in San Francisco. In 1991, Debtor started making its own Mexican-style cheeses and creams. Edwin Rizo and Iván Rizo, joined the company in 1995 and opened the first production plant in Riverbank, California. After reaching capacity in Riverbank, Debtor moved its business operations in 2012 to Modesto, California to be closer in proximity to its dairy suppliers and to have ample space to grow.

2. Over the last ten years, Debtor expanded its distribution nationwide. Debtor's products can be found at grocery stores and retail deli counters throughout the country. In total, Debtor grew to more than 320 employees and producing approximately 40 million pounds of cheese and 10 million pounds of creams annually under the "Don Francisco," "Tio Francisco" and "Rizo Bros" brand names. Debtor prides itself in linking back to its rich family heritage, using Old World recipes that have been passed down for generations and traditional techniques to produce artisan-crafted, award-winning cheeses.

3. Debtor has won multiple awards from the American Cheese Society, United States Champion Cheese Contest, and the World Dairy Expo Championship Dairy Product Contest.

4. Additional information regarding the Debtor's business, capital structure, and the circumstances preceding the Petition Date may be found in the Edwin Rizo Declaration [ECF 7].

## II. DISCUSSION OF ITEMS IDENTIFIED IN THE STATUS CONFERENCE ORDER

### A. Administrative Solvency, Professional Fees, and § 503(b)(9) Claims

5. **Administrative Solvency.** The Debtor anticipates it will remain administratively solvent for the period covered by the three-week budget (the "CC Budget"), attached as an exhibit to the *Sixth Supplemental Declaration of Edwin Rizo in Support of Motion to Use Cash Collateral and grant Adequate Protection* filed concurrently with this Status Conference Statement.

///

6. **Professional Fees**. The Court has the approved the employment of McCormick Barstow, LLP ("Debtor's Counsel), Donlin Recano & Company (Debtor's Administrative Advisor), Stapleton Group (Debtor's Financial Advisor), Juarez and Company (Debtor's Accountant), Glass Ratner Advisory & Capital Group, LLC (Committee's Financial Advisor), and Tucker Ellis LLP (Committee Counsel). In addition, the Debtor will seek authorization of the Court to retain Hyman, Phelps & McNamara, P.C. (Debtor's Special Counsel for FDA Matters). As noted below, the Debtor is currently negotiating the sale of the Debtor's assets. Those discussions universally include the payment of all administrative claims. The Debtor has filled its first interim fee applications for McCormick Barstow [MB-20], Donlin Recano & Company [MB-18], Jaurez and Company [MB-19], and Stapleton Group [MB-21], set for hearings on January 14, 2026 at 11:00 a.m. The CC Budget provides for full payment of all allowed professional fees in the amount of $385,000 during the week ending 1/23/26.

7. **Section 503(b)(9) Claims**. A Motion to Allow and Pay Allowed Administrative Expense Claims Pursuant to 11 U.S.C. §503(b)(9) [MB-12] was filed on October 3, 2025 [ECF 119] and dismissed on November 28, 2025 [ECF 243].

B. **Motions for Relief from the Automatic Stay**

8. No motions for relief from the automatic stay have been filed. However, one of the Debtor's "recall claimants," Reser's Fine Foods, has recently contacted Debtor's counsel and informed him that Reser's intends to file a motion for relief from stay to allow litigation to proceed against the Debtor outside of the bankruptcy court. The Debtor anticipates that other recall claimants may follow suit.

9. **Motions Under 11 U.S.C. § 365(d)(3) or (d)(4)**

10. No such motions have been filed to date, but the Debtor on January 7, 2026, the Debtor filed its Motion to Extend Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property [ECF 319]. A hearing on that motion is scheduled for February 11, 2026 at 11:00 a.m. The Debtor is the tenant under three nonresidential real property leases for its Modesto (2) and Gardena locations. Since the lessors under the three leases are the Debtor's insiders, no postpetition

lease payments have been. The Debtor's insiders have agreed to defer such payments.

      **C.**     **Status of any Stipulations or Motions to Use Cash Collateral or Obtain Credit**

      11.     The Court has approved the Debtor's motion for cash collateral use (MB-6) and for secured postpetition financing [MB-07] on an interim basis, and has continued both matters to January 14, 2026 at 11:00 a.m. The Debtor plans to appear at the Status Conference on January 14, 2026, and request further interim orders authorizing cash collateral use in accordance with the terms of the CC Budget, and secured postpetition financing through the week ending January 30, 2026, and continue both matters to the Court's January 26, 2026, at 11:00 a.m.

      **D.**     **Employment of Professionals**

      12.     See discussion, supra.

      **E.**     **Motions to Convert, Dismiss, or Appoint a Chapter 11 Trustee**

      13.     A Motion to Convert to Chapter 7 [MB-16] was filed by the Debtor on October 27, 2025 [ECF 202] and will be heard the same day as this Status Conference. The Debtor will appear at the Status Conference and request that the motion be continued to January 26, 2026 at 11:00 a.m.

      **F.**     **Intentions Concerning Reorganization Plan and Timetable for Disclosure Statement and Plan**

      14.     It is premature to fix a timetable for the filing of a Disclosure Statement and Plan at this time. Depending upon the progress made with respect to ongoing negotiations for the sale of the Debtor's assets, the Debtor may elect to have its case converted to Chapter 7 upon the conclusion of a 363 sale.

      **G.**     **Monthly Operating Reports, Debtor-in-Possession Accounts, Payment of U.S. Trustee's Quarterly Fees, and Proof of Insurance**

      15.     **Monthly Operating Reports.** The Debtor has filed all three of its Monthly Operating Reports. The first being filed on October 21, 2025 [ECF 179]; the second filed on November 21, 2025 [ECF 232]; and the third report filed on December 22, 2025 [ECF-280]. The Debtor expects to file its fourth Monthly Operating Report no later than the January 21, 2026 deadline.

      16.     **Debtor-in-Possession Accounts.** The Debtor currently maintains debtor-in-possession bank accounts at Bank of America.

17.  **U.S. Trustee's Fees**. The Debtor has budgeted payment of the 4th Quarter UST fee in the amount of $63,000 for the week ending January 30, 2026.

18.  **Proof of Insurance**. The Debtor has provided the U.S. Trustee with proof of insurance and has made the U.S. Trustee a party to receive notice. Insurance coverage will be renewed and bonded at the end of this year for the Debtor's auto insurance policy and worker's compensation policy.

### H.    Any Other Matters Which Might Materially Affect Case Administration

19.  Given the magnitude of potential consumer and recall claims (approx. 5,000) associated with a Listeria related recall of its products, the Debtor believes that global mediation among the large recall creditors, such as Sargento and its insurance carriers will probably be necessary before a plan of reorganization can be proposed. The current deadline for filing claims are January 21, 2026 and March 16, 2026 for non-governmental and governmental creditors, respectively.

20.  After having had conversations with various prospective buyers over the past several weeks, the Debtor is presently engaged with a single, focused buyer who has emerged as the lead bidder. The parties (including the committee and secured lender) have exchanged draft term sheets and have made substantial progress on key terms. While there have been some delays in finalizing an Asset Purchase Agreement, the Debtor anticipates that an agreement will be finalized and executed within the next few days with a motion seeking authorization to sell substantially all of its assets filed shortly afterwards.

21.  The proposed sale transaction structure continues to contemplate payment in full of secured, administrative, and priority claims and preserves a meaningful recovery for general unsecured creditors.

22.  The Debtor expects gross sales to be $2,146,000 during the CC Budget period and will continue to operate its plant five-days a week during January and employ 148 employees. The Debtor's insiders, the Rizo Brothers have agreed to advance another $1,530,000 during the period covered by the CC Budget under the terms of the existing motion for order authorizing secured post-petition financing [ECF 290].

Respectfully submitted,

Dated: 1/13/26

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Hagop T. Bedoyan
Garrett R. Leatham
Garrett J. Wade
Attorneys for Debtor RIZO-LÓPEZ FOODS INC.

042026-000000 12350930.1