Howard M. Levine, Oregon State Bar No. 800730 *(pro hac vice)*
Timothy J. Coleman, Oregon State Bar No. 841970 *(pro hac vice)*
SUSSMAN SHANK, LLP
1000 SW Broadway, Ste. 1400
Portland, OR 97205
Telephone: (503) 227-1111
Email: hlevine@sussmanshank.com
tcoleman@sussmanshank.com

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Attorneys for Reser's Fine Foods, Inc.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RIZO-LÓPEZ FOODS, INC.,<br><br>Debtor in Possession. | Case No. 25-25004<br><br>Chapter 11<br><br>DCN: FWP-1<br><br>Date: February 25, 2026<br><br>Time: 11:00 a.m.<br>Location: Courtroom 35 (Dept. C)<br>Judge: Hon. Christopher M. Klein |

**DECLARATION OF HOWARD M. LEVINE IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE LITIGATION IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON TO RECOVER INSURANCE PROCEEDS**

I, Howard M. Levine, declare as follows:

1. I am an attorney with Sussman Shank LLP in Portland Oregon, and am one of the attorneys representing Reser's Fine Foods, Inc. in this case.

2. Exhibit 1 to the Motion for Relief from the Automatic Stay to Continue Litigation in the United States District Court for the District of Oregon to Recover Insurance Proceeds (the "Motion") is a copy of the complaint in the case of Reser's Fine Foods, Inc. d/b/a Fresh Creative Foods v. Rizo-Lopez Foods, Inc., and Castle Importing, Inc. ( U.S. District Court for the District of Oregon, case no. 3:24-cv-01963-SB) downloaded from the US District Court for the District of Oregon (the "District Court") PACER website.

3. Exhibit 2 to the Motion are Declaration are pages from insurance policies produced by the Debtor to Reser's counsel pursuant to the Protective Order entered on December 22, 2025 (ECF No. 278)

4. Exhibit 3 to the Motion are copies of the Scheduling Orders downloaded from the District Court PACER website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2026, at 8:00 a.m.

_____
Howard M. Levine