# RELIEF FROM STAY SUMMARY SHEET

**\* \* \* INSTRUCTIONS ON FORM EDC 3-468-INST \* \* \***
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION.*
**THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS NOT EVIDENCE.**

**DEBTOR:** RIZO-LÓPEZ FOODS, INC.     **CASE NO.** 25-25004

**MOVANT:** Reser's Fine Foods, Inc.     **DC NO.** FWP-1

**HEARING DATE/TIME:** February 25, 2026 at 11:00 A.M.

**RELIEF IS SOUGHT AS TO:**

     ( ) REAL PROPERTY     Assessor Parcel Number (APN): _____

     (✓) PERSONAL PROPERTY     If applicable, Vehicle Identification Number (VIN): _____

     ( ) STATE COURT LITIGATION

1. **Address OR description of property or state court action:** RESER'S FINE FOODS, INC. v. RIZO-LOPEZ FOODS, INC. AND CASTLE IMPORTING INC. United States District Court for the District of Oregon (Case no. 3:24-cv-01963-SB)

2. **Movant's trust deed is a** ( ) 1st ( ) 2nd ( ) 3rd ( ) Other: N/A
   **OR**
   **Leased property is** ( ) Residential ( ) Non-residential   Term: ( ) Month-to-Month ( ) Other

3. **Verified appraisal filed?** _____     Movant's valuation of property: $_____ N/A

4. **The following amounts are presently owing to movant for:**

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 3,698,008.54 | $ | $ | $ 3,698,008.54 |

5. **State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary.**

    N/A                                    $ _____

                                          $ _____

                                          $ _____

                          **TOTAL ALL LIENS**    $ _____

                          **DEBTOR'S EQUITY**    $ _____

6. **Monthly payment is** $ N/A , of which $ _____ is for impound account. Monthly late charge is $ _____ .

7. ~~The last payment by debtor was received on _____ and was applied to the payment due _____.~~

8. **Number of payments past due and amount:** (a) Pre-petition N/A $ _____ (b) Post-petition $ _____ .

9. **Notice of Default was recorded on** N/A . **Notice of sale was published on** _____ .

10. **If a chapter 13 case, in what class is this claim?** N/A

11. **Grounds for seeking relief (check as applicable):**

    (✓) § 362(d)(1)     ( ) § 362(d)(2)     ( ) § 362(d)(3)     ( ) § 362(d)(4)

    (✓) Cause    ( ) Inadequate protection    (✓) Lack of equity    ( ) Lack of insurance    ( ) Bad faith

    ( ) Surrendered pursuant to Statement of Intention.    ( ) Report of No Distribution has been filed.

    ( ) Other INSURANCE PROCEEDS ARE NOT ESTATE ASSETS _____ .

EDC 3-468 (Rev. 2/18)