**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Rizo-Lopez Foods, Inc.    **Case No.:** 25-25004 - C - 11

**Docket Control No.** MB-16

**Date:** 01/26/2026
**Time:** 11:00 AM

**Matter:** [202] - Motion/Application to Convert Case From Chapter 11 to Chapter 7 [MB-16] Filed by Debtor Rizo-Lopez Foods, Inc. (Fee Paid $15) (eFilingID: 7558968) (vcaf)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
 (by zoom) Debtor's Attorney – Hagop Bedoyan
**Respondent(s):**
 United States Trustee's Attorney – Jason Blumberg;  Creditor's Attorney – Daniel Egan;  Creditor's Attorney – Jason Rios;  (by zoom) Creditor's Attorney – Katie Mason;  (by zoom) Creditor's Attorney – Todd Dressel;   (by zoom) Creditor's Attorney – Nancy Lee

---

**CIVIL MINUTES**

CONTINUED HEARING TO BE HELD ON **2/11/2026 at 11:00 AM** at Sacramento Courtroom 35, Department C