**QUARLES & BRADY LLP**
Amelia Valenzuela, Esq. (CA Bar No. 320428)
L. Katie Mason, Esq. (admitted *pro hac vice*)
Randy J. Pflum, Esq. (admitted *pro hac vice*)
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Telephone: 602-229-5635
Facsimile: 602-229-5690
Email: amelia.valenzuela@quarles.com
Email: katie.mason@quarles.com
Email: randy.pflum@quarles.com
*Attorneys for Sargento Foods Inc. and Sargento Cheese Inc.*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>RIZO-LÓPEZ FOODS, INC.,<br><br>Debtor. | Case No. 25-25004-C-11<br><br>DCN: QB-1<br><br>Date: February 25, 2026<br>Time: 11:00 a.m. (PST)<br>Dept.: C<br><br>Judge: Honorable Christopher M. Klein |

**DECLARATION OF ERIN PRICE IN SUPPORT OF MOTION OF SARGENTO FOODS INC. AND SARGENTO CHEESE INC. FOR ENTRY OF AN ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT CONTINUED LITIGATION IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN AND TO RECOVER INSURANCE PROCEEDS**

Erin Price, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, states and declares that the following is true and correct:

1. I am the General Manager of Sargento Foods Inc. and Sargento Cheese Inc. (collectively, "Sargento"). I am a resident of Port Washington, Wisconsin and I make this Declaration based on information personally known to me and gathered at my direction in support of Sargento's *Motion for Entry of an Order Modifying the Automatic Stay to Permit Continued Litigation in the United States District Court for the Eastern District of Wisconsin And to Recover Insurance Proceeds* ("Motion").

QB\100582930.1

1

2.　　In my capacity as Sargento's General Manager, I am familiar with Sargento's books, records, accounts, and documents related to the pre-petition recall of the Aged Cotija Mexican Grating Cheese ("Recalled Product") Sargento purchased from the Debtor.

3.　　All of the documents attached to this Declaration are true and accurate copies of the originals, which are kept and maintained by Sargento in the ordinary courts of its business. I have reviewed all documents regarding the Debtor's account that are attached hereto. Such documents are kept by Sargento in the regular course of its business and are made at or near the time of the transaction using information transmitted by persons with personal knowledge of the facts contained therein. It is Sargento's regular practice to make and keep these books, records, accounts, and documents. The books, records, accounts, and documents that I examined are under my supervision and control and are complete, accurate, and correct. Furthermore, I have personal knowledge of the matters contained in the books, records, accounts, and documents, and if necessary, I could testify to their contents.

4.　　Sargento purchased the Recalled Product under purchase order 4500386694 ("Purchase Order").

5.　　On or about January 12, 2024, Sargento received a written notice from the Debtor stating that it was recalling a batch of the "Aged Cotija Mexican Granting Cheese" that the Debtor sold to Sargento ("Recall Letter"). The Recall Letter stated, in relevant part, that the Debtor initiated the Recall based on the following:

> This letter is to notify you [that] Rizo Lopez Foods, Inc. has voluntarily recalled 344 cases (1,065) pounds of our artisanal Rizo Brothers brand "Aged Cotija Mexican Granting Cheese" (8oz), UPC 72724200043 batch number 4DW-23318, because it has the potential to be contaminated with *Listeria monocytogenes*.
>
> ***
>
> We were notified by the State of Hawaii Department of Health on Wednesday, January 10, 2024, that a single 8oz. package tested positive for *Listeria monocytogenes as part of their routine sampling program*. We immediately identified distributors who received the product in question and sent notification directing them to remove the recalled product from distribution and return or destroy any remaining product. We also directed them to notify their

2

QB\100582930.1

customers who had received their product and to do the same.

6. As a result of the Recall, Sargento has suffered damages not less than $26,645,580.00.

7. To pursue its damages from the Recalled Product, on March 8, 2024, Sargento filed a complaint against the Debtor in the United States District Court for the Eastern District of Wisconsin (Case No. 2:24-cv-00308-PP) (the "District Court Case") styled *Sargento Foods Inc. et al. v. Rizo-Lopez Foods, Inc.* **Exhibit 1** to the Motion is a true and correct copy of the complaint in the District Court Case.

8. **Exhibit 2** to the Motion is copies of the Declaration pages for the primary and excess insurance coverage policies.

9. During the District Court Case, Sargento, the Debtor, and the Debtor's insurers were preparing for and about to engage in an extensive mediation process before the Honorable Magistrate Judge Nancy Joseph, however; the Debtor canceled the mediation just before the Debtor's Chapter 11 filing. Litigating Sargento's damages from the Recalled Product anew in a separate venue would cause significant harm to Sargento and unnecessary delay.

10. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 3 day of February, 2026.

Erin Price, General Manager of
Sargento Foods Inc. and
Sargento Cheese Inc.

3

QB\100582930.1