**DON J. POOL, SBN 166468**
FENNEMORE LLP
8080 N. Palm Avenue, Third Floor
Fresno, California 93711
Tel: (559) 432-4500 / Fax: (559) 432-4590
dpool@fennemorelaw.com

Attorneys for SHERILL HERNANDEZ SORTO; CARLOS HERNANDEZ; CESAR ARTURO PONCE ESTRADA; JOANN GIRON-HERNANDEZ; and FREDDY JOSE PONCE-RIVERA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

****

| | |
|---|---|
| In re:<br><br>RIZO-LOPEZ FOODS, INC., dba Tio Francisco, dba Don Francisco,<br><br>Debtor. | Case No.: 25-25004-C-11<br><br>Chapter 11<br><br>DCN: DJP-1<br><br>Date: February 25, 2026<br>Time: 11:00 AM<br>Place: United States Bankruptcy Court<br>501 "I" Street, 6th Floor<br>Courtroom 35, Department C<br>Sacramento, California<br>Judge: Honorable Christopher M. Klein |

**DECLARATION OF JACOB G. LEAVITT IN SUPPORT OF SHERILL HERNANDEZ SORTO, ET AL. MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE LITIGATION IN THE DISTRICT COURT OF CLARK COUNTY, NEVADA AND FOR WAIVER OF FRBP 4001(a)(3)**

I, JACOB G. LEAVITT, declare:

1. I am an attorney with Sin City Law in Las Vegas, Nevada, and I represent SHERILL HERNANDEZ SORTO; CARLOS HERNANDEZ; CESAR ARTURO PONCE ESTRADA; JOANN GIRON-HERNANDEZ; and FREDDY JOSE PONCE-RIVERA ("Movants") in the Nevada District Action, as described below. I am familiar with the procedural history of the litigation case and the items in the Nevada District Action's case docket in the

litigation.

2. On May 23, 2025, I caused to be filed on behalf of Movants filed a Complaint in the District Court of Clark County, Nevada entitled *Sherill Hernandez Sorto; Carlos Hernandez; Cesar Arturo Ponce Estrada; Joann Giron-Hernandez; and Freddy Jose Ponce-Rivera v. Jesus Arias; Rizo-Lopez Foods, Inc., et al.*, Nevada District Court case no. A-25-919726-C (the "Nevada District Action"). A true and correct copy of the Complaint is attached as **Exhibit 1** to the separate Index of Exhibits in Support of Motion for Relief from the Automatic Stay to Continue Litigation ("Index of Exhibits") filed concurrently herewith.

3. On September 19, 2025, I caused to be filed on behalf of Movants a Notice of Operation of the Automatic Stay ("Notice of Stay") in the Nevada District Action. A true and correct copy of the Notice of Stay is attached to the Index of Exhibits as **Exhibit 2**.

4. Movants seek stay relief to pursue the Nevada District Action and a tentative settlement reached in that Action that looks to recover from insurance only.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on February 6, 2026, at Las Vegas, Nevada.

_____
JACOB G. LEAVITT

63210423/081733.0001