McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
   hagop.bedoyan@mccormickbarstow.com
Garrett R. Leatham, #333362
   garrett.leatham@mccormickbarstow.com
Garrett J. Wade, #340285
   garrett.wade@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Debtor RIZO-LÓPEZ FOODS, INC.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RIZO-LÓPEZ FOODS, INC.,<br><br>        Debtor-In-Possession | Case No. 25-25004-C-11<br><br>Chapter 11<br><br>DC No.: DJP-1<br><br>Hearing<br><br>Date: February 25, 2026<br>Time: 11:00 a.m.<br>Place: Dept. C, Ct. Rm. 35, 6th Fl.<br>      United States Bankruptcy Court<br>      501 "I" Street<br>      Sacramento, CA 95814<br><br>Judge: Honorable Christopher M. Klein |

### RIZO-LOPEZ FOODS, INC.'S NON-OPPOSITON TO SHERILL HERNANDEZ SORTO, ET AL. MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE LITIGATION IN THE DISTRICT COURT OF CLARK COUNTY, NEVADA AND FOR WAIVER OF FRBP 4001(a)(3)

Debtor and Debtor-in-Possession Rizo-López Foods, Inc. ("Debtor") hereby submits this non-opposition to Sherill Hernandez Sorto, et al. Motion for Relief From the Automatic Stay to Continue Litigation in the District Court of Clark County, Nevada and for Waiver of FRBP 4001(a)(3), provided the movants will seek recovery only against available insurance proceeds and not assert a claim against the Debtor's estate.

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

RIZO-LOPEZ FOODS, INC.'S NON-OPPOSITON TO SHERILL HERNANDEZ SORTO, ET AL. MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE LITIGATION IN THE DISTRICT COURT OF CLARK COUNTY, NEVADA AND FOR WAIVER OF FRBP 4001(a)(3)

Dated: February 9, 2026

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ [signature]
Hagop T. Bedoyan
Garrett R. Leatham
Garrett J. Wade
Attorneys for Debtor RIZO-LÓPEZ FOODS, INC.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

RIZO-LOPEZ FOODS, INC.'S NON-OPPOSITON TO SHERILL HERNANDEZ SORTO, ET AL. MOTION FOR RELIEF
FROM THE AUTOMATIC STAY TO CONTINUE LITIGATION IN THE DISTRICT COURT OF CLARK COUNTY,
NEVADA AND FOR WAIVER OF FRBP 4001(a)(3)