McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
　　hagop.bedoyan@mccormickbarstow.com
Garrett R. Leatham, #333362
　　garrett.leatham@mccormickbarstow.com
Garrett J. Wade, #340285
　　garrett.wade@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:　(559) 433-1300
Facsimile:　(559) 433-2300

Proposed Attorneys for Debtor in Possession
RIZO-LÓPEZ FOODS INC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 25-25004-C-11 |
| RIZO-LÓPEZ FOODS, INC., | Chapter 11 |
| 　　　　Debtor in Possession | DC No.: CAE-1 |
| | Hearing |
| | Date:　February 11, 2026<br>Time:　11:00 a.m.<br>Place:　Dept. C, Ct. Rm. 35, 6th Fl.<br>　　　　United States Bankruptcy Court<br>　　　　501 "I" Street<br>　　　　Sacramento, CA 95814 |
| | Judge: Honorable Christopher M. Klein |

## CHAPTER 11 STATUS CONFERENCE STATEMENT

Rizo Lopez Foods, Inc. (the "Debtor" or "RLF"), the debtor and debtor in possession in the above captioned chapter 11 case ("Bankruptcy Case"), hereby submits this Chapter 11 Status Conference Statement (the "Status Conference Statement") pursuant to this Court's *Order re Chapter 11 Status Conference and Notice Thereof* [ECF 04] ("Status Conference Order").

///

///

///

## I. BACKGROUND

### A. Description of Rizo Lopez Foods, Inc.

1. Debtor is a family built and run company with a strong commitment to its consumers and employees. The Debtor became incorporated in the State of California in 1990 for the purposes of selling and distributing high quality Mexican and Central American cheese products in the bay area and specifically the Mission District in San Francisco. In 1991, Debtor started making its own Mexican-style cheeses and creams. Edwin Rizo and Iván Rizo, joined the company in 1995 and opened the first production plant in Riverbank, California. After reaching capacity in Riverbank, Debtor moved its business operations in 2012 to Modesto, California to be closer in proximity to its dairy suppliers and to have ample space to grow.

2. Over the last ten years, Debtor expanded its distribution nationwide. Debtor's products can be found at grocery stores and retail deli counters throughout the country. In total, Debtor grew to more than 320 employees and producing approximately 40 million pounds of cheese and 10 million pounds of creams annually under the "Don Francisco," "Tio Francisco" and "Rizo Bros" brand names. Debtor prides itself in linking back to its rich family heritage, using Old World recipes that have been passed down for generations and traditional techniques to produce artisan-crafted, award-winning cheeses.

3. Debtor has won multiple awards from the American Cheese Society, United States Champion Cheese Contest, and the World Dairy Expo Championship Dairy Product Contest.

4. Additional information regarding the Debtor's business, capital structure, and the circumstances preceding the Petition Date may be found in the Edwin Rizo Declaration [ECF 7].

## II. DISCUSSION OF ITEMS IDENTIFIED IN THE STATUS CONFERENCE ORDER

### A. Administrative Solvency, Professional Fees, and § 503(b)(9) Claims

5. **Administrative Solvency.** The Debtor anticipates it will remain administratively solvent for the period covered by the two-week budget (the "CC Budget"), attached as an exhibit to the *Eighth Declaration of Edwin Rizo in Support of Motion to Use Cash Collateral and grant Adequate Protection* filed concurrently with this Status Conference Statement.

///

6. **Professional Fees**. The Court has the approved the employment of McCormick Barstow, LLP ("Debtor's Counsel), Donlin Recano & Company (Debtor's Administrative Advisor), Stapleton Group (Debtor's Financial Advisor), Juarez and Company (Debtor's Accountant), Glass Ratner Advisory & Capital Group, LLC (Committee's Financial Advisor), and Tucker Ellis LLP (Committee Counsel). In addition, the Debtor will seek authorization of the Court to retain Hyman, Phelps & McNamara, P.C. (Debtor's Special Counsel for FDA Matters).

7. With the exception of any accrued professional fees for Committee Counsel and Committee's Financial Advisor, who have yet to file their first interim fee applications, all professionals, who filed their first interim fee applications, had their applications approved (as reduced) on an interim basis on January 14, 2026 [ECF 350, 352, 354 and 356]. All four of the approved interim fee orders only authorized payment equal to ninety percent (90%) of the fees sought and one-hundred percent (100%) of the costs. Those approved fees (90%) and costs were paid by the Debtor earlier this week.

8. **Section 503(b)(9) Claims**. A Motion to Allow and Pay Allowed Administrative Expense Claims Pursuant to 11 U.S.C. §503(b)(9) [MB-12] was filed on October 3, 2025 [ECF 119] and dismissed on November 28, 2025 [ECF 243].

B. **Motions for Relief from the Automatic Stay**

9. On or around January 23, 2026, Reser's Fine Foods filed a motion for relief from stay to continue litigation in the United States District Court for the District of Oregon to Recover Insurance Proceeds (FWP-1) (the "Reser's Motion"). A hearing has been scheduled for February 25, 2026, at 11:00 a.m. The Debtor plans to oppose Reser's Motion to the extent the motion seeks relief beyond simply seeking leave to liquidate its claim in the United States District Court.

10. On or about February 3, 2026, Sargento Foods, Inc. and Sargento Cheese, Inc. filed a motion for relief from stay to permit continued litigation in the United States District Court for the Eastern District of Wisconsin with regard to a recall (QB-1) (the "Sargento Motion"). A hearing has been scheduled for February 25, 2026, at 11:00 a.m. The Debtor plans to oppose the Sargento Motion, which was filed on less than 28-days' notice, despite the fact that the Notice of Hearing [ECF 400] indicates that notice was given pursuant to Local Rule of Practice 9014-1(f)(1)(B).

11. On or about February 6, 2026, Sherill Hernandez Sorto, et al. filed a motion for relief from stay to continue litigation in the United States District Court of Clark County, Nevada for the purposes of liquidating their claim and pursuing recoveries only from insurance relating to an automobile accident (the "Sorto Motion") (DJP-1). A hearing has been scheduled for February 25, 2026, at 11:00 a.m. On February 10, 2026, the Debtor filed its Non-Opposition to the Sorto Motion.

12. **Motions Under 11 U.S.C. § 365(d)(3) or (d)(4)**

13. No such motions have been filed to date, but on January 7, 2026, the Debtor filed its Motion to Extend Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property [ECF 319]. A hearing on that motion is scheduled for February 11, 2026, at 11:00 a.m. The Debtor is the tenant under three nonresidential real property leases for its Modesto (2) and Gardena locations. Since the lessors under the three leases are the Debtor's insiders, no postpetition lease payments have been. The Debtor's insiders have agreed to defer such payments.

C. **Status of any Stipulations or Motions to Use Cash Collateral or Obtain Credit**

14. The Court has approved the Debtor's motion for cash collateral use (MB-6) and for secured postpetition financing (MB-07) on an interim basis, and has continued both matters to February 11, 2026 at 11:00 a.m. The Debtor plans to appear at the Status Conference on February 11, 2026, and request further interim orders authorizing cash collateral use in accordance with the terms of the CC Budget, and secured postpetition financing through the week ending February 27, 2026, and continue both matters to the Court's February 25, 2026, calendar at 11:00 a.m. The total borrowing by the Debtor from the Rizo Brothers through week ending February 27, 2026 will not exceed $2,930,000.

D. **Employment of Professionals**

15. See discussion, supra.

E. **Motions to Convert, Dismiss, or Appoint a Chapter 11 Trustee**

16. A Motion to Convert to Chapter 7 [MB-16] was filed by the Debtor on October 27, 2025 [ECF 202] and will be heard the same day as this Status Conference. The Debtor will appear at the Status Conference and request that the motion be continued to February 25, 2026, at 11:00 a.m.

F. **Intentions Concerning Reorganization Plan and Timetable for Disclosure Statement and Plan**

17. It is premature to fix a timetable for the filing of a Disclosure Statement and Plan at this time. Depending upon the progress made with respect to ongoing negotiations for the sale of the Debtor's assets, the Debtor may elect to have its case converted to Chapter 7 upon the conclusion of a 363 sale.

18. On January 7, 2026, the Debtor filed the Debtor's Motion for Order Extending Exclusivity Periods [ECF 323] and noticed it for hearing on February 11, 2026, at 11:00 a.m. [ECF 324]. The Debtor is requesting an extension of time to file its plan of reorganization and solicit votes to April 13, 2026, and June 15, 2026, respectively.

G. **Monthly Operating Reports, Debtor-in-Possession Accounts, Payment of U.S. Trustee's Quarterly Fees, and Proof of Insurance**

19. **Monthly Operating Reports.** The Debtor has filed all of its Monthly Operating Reports. The first being filed on October 21, 2025 [ECF 176]; the second also filed on October 21, 2025 [ECF 179]; the third report filed on November 21, 2025 [ECF 232]; the fourth report filed on December 22, 2025 [ECF-280]; fifth report filed on January 22, 2026 [ECF 371]; and an Amended November, 2025 report filed on January 23, 2026 [ECF 380].

20. **Debtor-in-Possession Accounts.** The Debtor currently maintains debtor-in-possession bank accounts at Bank of America.

21. **U.S. Trustee's Fees.** All quarterly fees that have come due have been paid by the Debtor.

22. **Proof of Insurance.** The Debtor has provided the U.S. Trustee with proof of insurance and has made the U.S. Trustee a party to receive notice.

H. **Any Other Matters Which Might Materially Affect Case Administration**

23. Given the magnitude of potential consumer and recall claims (approx. 5,000) associated with a Listeria related recall of its products, the Debtor believes that global mediation among the large recall creditors, such as Sargento and its insurance carriers will probably be necessary before a plan of reorganization can be proposed. The current deadlines for filing claims

are January 21, 2026 and March 16, 2026 for non-governmental and governmental creditors, respectively.

24. After having had conversations with various prospective buyers of the Debtor's assets over the past several weeks, the Debtor can report that the Debtor has made substantial progress on an agreement to sell the Debtor's assets to a prospective buyer. The prospective buyer is an entity that includes, in a minority role, the Debtor's two principals, Edwin and Ivan Rizo, who will be contributing directly or indirectly to the buying group the land and buildings owned by I&E McClure, LLC. The Debtor anticipates that a written asset purchase agreement will be finalized and executed this coming week with a motion seeking authorization to sell substantially all of its assets filed sometime next week.

25. The proposed sale transaction structure continues to contemplate payment in full of secured, administrative, and priority claims and preserves a meaningful recovery for general unsecured creditors.

Respectfully submitted,

Dated: 2/10/26

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Hagop T. Bedoyan
Garrett R. Leatham
Garrett J. Wade
Attorneys for Debtor RIZO-LÓPEZ FOODS INC.

042026-000000 12415018.1