Jason M. Torf (admitted *pro hac vice*)
Thomas R. Fawkes (admitted *pro hac vice*)
Zi C. Lin (CA Bar No. 236989)
Motunrayo D. Akinmurele (CA Bar No. 299868)
jason.torf@tuckerellis.com
thomas.fawkes@tuckerellis.com
zi.lin@tuckerellis.com
motunrayo.akinmurele@tuckerellis.com
TUCKER ELLIS LLP
515 South Flower Street, Forty Second Floor
Los Angeles, CA 90071
Telephone:   213.430.3400
Facsimile:    213.430.3409

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | ) Case No. 25-25004-C-11 |
| RIZO-LÓPEZ FOODS, INC., | ) Chapter 11 |
| | ) Hon. Christopher M. Klein |
| Debtor. | ) |

**LIMITED OBJECTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS TO MOTIONS FOR RELIEF FROM STAY
FILED BY VARIOUS CLAIMANTS**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the case ("Chapter 11 Case") of the above-captioned debtor and debtor in possession (the "Debtor"), by and through its undersigned counsel, submits this limited objection (the "Objection") to motions for relief from stay filed by Reser's Fine Foods, Inc. ("Reser's") [Dkt. No. 372372; DC No. is FWP-1] and Sargento Foods Inc. ("Sargento," and together with Reser's, the "Movants") [Dkt. No. 399; DC No. is QB-1] (together, the "Motions"). In support of its Objection, the Committee respectfully states as follows:

7244168.1

The Movants allege that they have claims based on a large-scale product recall due to contamination issues prior to the petition date at the Debtor's facility. Each is seeking relief from the automatic stay to enable them to pursue their claims against the Debtor's insurance policies. However, Movants likely are not the only two claimants with potential recall claims that might be able to obtain coverage under the Debtor's insurance policies. The Committee does not object to the relief in concept, but suggests that any relief this Court grants in favor of the Movants should be done in a way that sets up a fair and equitable process so there is not a "race to insurance" that favors the speedy. Counsel for the Committee has spoken with counsel for both of the Movants and all have agreed that such a process is sensible. The Committee understands that the Movants support such a process as a condition to the relief they seek, and the Committee and the Movants have agreed to work in good faith to devise a suggested process.

Any recall claimant that wishes to participate in the process should be able to do so without worry that they will be left out of the process or that any other recall claimant will gain an unfair advantage simply due to racing faster toward the insurance proceeds. The Committee believes that any fair process should involve notice to creditors so that any potential recall claimants have fair notice and a meaningful opportunity to opt into the process, particularly given that the proceeds of any insurance policies likely are a finite and depleting source of recovery. Involving as many recall claimants in the process benefits the estate and its unsecured creditors because to the extent recall claimants can have their claims satisfied, or at least reduced, through insurance proceeds, the universe of claims to be satisfied from estate assets is reduced, thus increasing potential distributions to unsecured creditors.

**WHEREFORE**, the Committee respectfully requests that the Court defer consideration of the Motions until such time as the parties are in a position to propose a reasonable, meaningful

7244168.1

and effective process to the Court for consideration, condition any relief upon such a process as outlined above, and grant such other and further relief in favor of the Committee as this Court deems fair and equitable.

Dated: February 11, 2026

By:   /s/ Zi C. Lin

Zi C. Lin
Jason M. Torf
Thomas R. Fawkes
Motunrayo D. Akinmurele
TUCKER ELLIS LLP

Counsel to the Committee

7244168.1

Filed 02/11/26    Case 25-25004    Doc 418

## CERTIFICATE OF SERVICE

The undersigned, counsel for the Official Committee of Unsecured Creditors, hereby certifies that the foregoing *Limited Objection of The Official Committee of Unsecured Creditors to Motions for Relief from Stay Filed by Various Claimants* was served electronically on February 11, 2026 via the Court's ECF system upon those parties who receive ECF notice in this case.

　　　　　　　　　　　　　　　　　　/s/ Zi C. Lin

7244168.1