McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
 hagop.bedoyan@mccormickbarstow.com
Garrett R. Leatham, #333362
 garrett.leatham@mccormickbarstow.com
Garrett J. Wade, #340285
 garrett.wade@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Debtor RIZO-LÓPEZ FOODS, INC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re

RIZO-LÓPEZ FOODS, INC.,

    Debtor-In-Possession

Case No. 25-25004-C-11

Chapter 11

DC No.: QB-1

Hearing

Date: February 25, 2026
Time: 11:00 a.m.
Place: Dept. C, Ct. Rm. 35, 6th Fl.
United States Bankruptcy Court
501 "I" Street
Sacramento, CA 95814

Judge: Honorable Christopher M. Klein

**RIZO-LOPEZ FOODS, INC.'S LIMITED OPPOSITION TO MOTION OF SARGENTO FOODS INC. AND SARGENTO CHEESE INC. FOR ENTRY OF AN ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT CONTINUED LITIGATION IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN AND TO RECOVER INSURANCE PROCEEDS**

Debtor and Debtor-in-Possession Rizo-López Foods, Inc. ("Debtor") hereby submits this limited opposition to the *Motion of Sargento Foods, Inc. and Sargento Cheese, Inc. for Entry of an Order Modifying the Automatic Stay to Permit Continued Litigation in the United States District Court for the Eastern District of Wisconsin and to Recover Insurance Proceeds* [Doc 399] (the "Motion") and requests the opportunity to brief the issues presented by the Motion in accordance

with LBR 9014-1(f)(2). The Motion was filed on less than 28 days' notice and should be treated as a motion set on 14 days' notice.

The Debtor does not object to the relief sought in the Motion provided it is limited to only allowing Sargento to liquidate its claim in the district court. Due to the countless number of "recall claims" in this case, it would be inequitable at this time to allow Sargento to recover from any available insurance proceeds to the detriment of the other similarly situated creditors in this case.

Dated: February 11, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Hagop T. Bedoyan
Garrett R. Leatham
Garrett J. Wade
Attorneys for Debtor RIZO-LÓPEZ FOODS, INC.

042026-000000 12421708.1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720