**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Rizo-Lopez Foods, Inc.   **Case No.:** 25-25004 - C - 11

**Docket Control No.** MB-16

**Date:** 02/11/2026

**Time:** 11:00 AM

**Matter:** [202] - Motion/Application to Convert Case From Chapter 11 to Chapter 7 [MB-16] Filed by Debtor Rizo-Lopez Foods, Inc. (Fee Paid $15) (eFilingID: 7558968) (vcaf)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Lindsey Peratis
**Reporter:** Electronic Record
**Department:** C

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney - Hagop T. Bedoyan
**Respondent(s):**
United States Trustee's Attorney – Trevor Fehr;  Creditor's Attorney – Daniel Egan;  (by zoom) Unsecured Creditor Committee's Attorney – Jason Torf;  (by zoom) Creditor's Attorney – Katie Mason;  (by zoom) Creditor's Attorney – Todd Dressel;  (by zoom) Creditor's Attorney – Howard Levine;  (by zoom) Creditor's Attorney – Joshua Weinberg;  (by zoom) Creditor's Attorney – Jake Gordon

---

**CIVIL MINUTES**

CONTINUED HEARING TO BE HELD ON **2/25/2026 at 11:00 AM** at Sacramento Courtroom 35, Department C