**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Rizo-Lopez Foods, Inc.　　**Case No.:** 25-25004 - C - 11

　　　　　　　　　　　　　　　　　　**Docket Control No.** MB-6

　　　　　　　　　　　　　　　　　　**Date:** 02/25/2026

　　　　　　　　　　　　　　　　　　**Time:** 11:00 AM

**Matter:** [25] - Motion/Application for Adequate Protection [MB-6] Filed by Debtor Rizo-Lopez Foods, Inc. (lbef) [25] - Motion/Application to Use Cash Collateral [MB-6] Filed by Debtor Rizo-Lopez Foods, Inc. (lbef)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Kamee Thao**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney – Hagop T. Bedoyan
**Respondent(s):**
United States Trustee's Attorney – Jason Blumberg; (by zoom) Unsecured Creditor Committee's Attorney – Jason Torf; (by zoom) Creditor's Attorney – Katie Mason; (by zoom) Creditor's Attorney – Todd Dressel; (by zoom) Creditor's Attorney – Howard Levine; (by zoom) Creditor's Attorney – Don Pool; (by zoom) Creditor's Attorney – Jake Gordon; (by zoom) Creditor's Attorney – Frank Alvarado; (by zoom) Creditor's Attorney – Mathew Antonelli; (by zoom) Creditor's Attorney – Kathlee Harrison; (by zoom) Creditor's Attorney – Linda Sager

---

**CIVIL MINUTES**

Motion granted on an interim basis. Continued hearing to be held on 3/9/2026 at 11:00 AM at Sacramento Courtroom 35, Department C

Findings of fact and conclusions of law stated orally on the record

　　**ORDER TO BE PREPARED BY: Mr. Bedoyan**