McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
　*hagop.bedoyan@mccormickbarstow.com*
Garrett R. Leatham, #333362
　*garrett.leatham@mccormickbarstow.com*
Garrett J. Wade, #340285
　*garrett.wade@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:　(559) 433-1300
Facsimile:　(559) 433-2300

Proposed Attorneys for Debtor in Possession
RIZO-LÓPEZ FOODS, INC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RIZO-LÓPEZ FOODS, INC.,<br><br>　　Debtor in Possession. | Case No. 25-25004-C-11<br><br>Chapter 11<br><br>DC No.: MB-06<br><br>Hearing<br><br>Date:　February 25, 2026<br>Time:　11:00 a.m.<br>Place:　Dept. C, Ct. Rm. 35, 6th Fl.<br>　　　United States Bankruptcy Court<br>　　　501 "I" Street<br>　　　Sacramento, CA 95814<br><br>Judge:　Honorable Christopher M. Klein |

**NINTH INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND CONTINUING HEARING**

On February 25, 2026, the Court held a continued hearing on *Debtor's Motion for Order Authorizing Use of Cash Collateral and Granting Adequate Protection* (the "Motion") filed by Rizo-López Foods, Inc., (the "Debtor"). Hagop T. Bedoyan, Esq. of McCormick Barstow Sheppard Wayte & Carruth, LLP, appeared on behalf of Debtor. All other appearances were noted on the record.

///

1

The Court has reviewed the Motion and its supporting documents, and the arguments made at the hearing. No opposition was made to the granting of the relief requested in the Motion. Good cause appearing therefor:

IT IS HEREBY ORDERED as follows:

1. The Motion is hereby GRANTED on an interim basis through and including the conclusion of the final or continued hearing on the Motion as set forth in paragraph 11 below.

2. Pursuant to 11 U.S.C. §§ 361, 363(c), and 363(e), and subject to each of the limitations set forth below in this Order, the Debtor is hereby authorized to use "cash collateral" as that term is defined in 11 U.S.C. § 363(a), in which the Secured Creditors having or asserting an interest in, including, without limitation, all cash and all proceeds of accounts receivable, in the ordinary course of the Debtor's business, from the Petition Date pending a continued or final hearing on the Motion solely for the purposes and in the total amount set forth in the budget attached hereto as **Exhibit A** and incorporated herein by this reference as though set forth in full (the "Budget"), subject to a variance of no more than ten percent (10%).

3. As adequate protection for the use of the cash collateral, all creditors with a security interest in the cash collateral being used are hereby granted automatically-perfected replacement liens (the "Replacement Liens") on, and security interests in, all of the respective Debtors' tangible and intangible prepetition and post-petition on property (retroactive as of the petition date) with the same validity, priority, and extent that such creditors had in such prepetition collateral as of the petition date, without the need to file or record financing statements, notices of lien, or similar instruments or to take any other action in order to validate and perfect these replacement liens and security interests.

4. The Replacement Liens shall only secure the amount of cash collateral used by Debtor during this case. Nothing in this order shall be deemed to "cross-collateralize" a prepetition unsecured claim or the undersecured portion of a secured claim, as determined by Section 506 of the Bankruptcy Code, with a Replacement Lien created pursuant to this order.

5. The Debtor is directed to immediately serve a copy of this Order by first class mail, postage prepaid, on the Secured Creditors (and their counsel as listed on records available to the

Debtor), the Debtor's 20 largest unsecured creditors, and the United States Trustee, which service shall constitute adequate and proper notice of the Final Hearing.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

7. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied.

8. The requirements set forth in Bankruptcy Rule 6004(a) are hereby waived.

9. Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

10. A final or continued hearing on the use of cash collateral will be held on March 9, 2026, at 11:00 a.m.

11. Opposition, if any, to the Motion, may be presented at the time of hearing.

Dated: February 25, 2026

_____
United States Bankruptcy Judge

042026-000000 12445278.1

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3

**EXHIBIT A**

**RIZO LOPEZ FOODS**
**CASH COLLATERAL BUDGET**
*$ In Thousands*

| Wk #<br>Week Ending Friday | 1<br>3/6 | 2<br>3/13 | 2 WK<br>TOTAL |
|---|---|---|---|
| **CASH FLOW** | | | |
| **Operating Receipts** | | | |
| Manufacturing | 621 | 573 | 1,194 |
| Private Label - Resale | 151 | 136 | 287 |
| Other | - | - | - |
| **Total Ops Rec** | **772** | **709** | **1,481** |
| **Operating Disbursements** | | | |
| COGS: Milk, Materials | 490 | 490 | 981 |
| Payroll | 380 | 12 | 392 |
| Repairs, Maint., Supplies | 50 | 50 | 100 |
| Insurance | 191 | 12 | 203 |
| Outside Services | 20 | 20 | 40 |
| Credit Card and Utilities | 7 | 5 | 12 |
| Distribution | 22 | 22 | 44 |
| Rent (I&E McClure/RL Gardena) | - | - | - |
| Truck Leases | 11 | 11 | 23 |
| **Total Ops Disb** | **1,172** | **623** | **1,795** |
| Ops CF | (401) | 86 | (314) |
| *Cumulative Ops CF* | *(401)* | *(314)* | |
| **Non-Operating Receipts** | | | |
| DIP Funding | 400 | - | 400 |
| Bridge/Stalking Horse Loan | - | - | - |
| **Total Non-Ops Rec** | **400** | **-** | **400** |
| **Non-Operating Disbursements** | | | |
| WFEF Adequate Pro | - | - | - |
| WFB Adequate Pro - TI | - | - | - |
| WFB Adequate Pro - Cash Col. | - | - | - |
| DIP Interest | - | - | - |
| OCP | - | - | - |
| BK Pro Fees (Escrow) | - | - | - |
| Court Approved Pro Fees | - | - | - |
| UST Qtrly | - | - | - |
| Other | - | - | - |
| **Total Non-Ops Disb** | **-** | **-** | **-** |
| Net CF | (1) | 86 | 86 |
| *Cumulative Net CF* | *(1)* | *86* | |

**RIZO LOPEZ FOODS**
**CASH COLLATERAL BUDGET**
*$ In Thousands*

| Wk # <br> Week Ending Friday | 1 <br> 3/6 | 2 <br> 3/13 | 2 WK <br> TOTAL |
|---|---|---|---|
| **LIQUIDITY** | | | |
| **Cash** | | | |
| Beginning Cash | 42 | 41 | 42 |
| Net CF | (1) | 86 | 86 |
| Net Ending Cash | 41 | 128 | 128 |
| **DIP** | | | |
| Beginning DIP | 2,530 | 2,930 | 2,530 |
| Funding | 400 | - | 400 |
| Ending DIP | 2,930 | 2,930 | 2,930 |