**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 25-25004 - C - 11
Rizo-Lopez Foods, Inc.,        ) Docket Control No. MB-7
          Debtor.              ) Document No. 29
                               ) Date: 02/25/2026
                               ) Time: 11:00 AM
_____) Dept: C
```

**Order**

For the reasons stated orally on the record and good cause appearing.

**IT IS ORDERED** that the motion is granted on an interim basis, subject to the condition that there are no liens on avoidance actions and no liens on insurance proceeds created by virtue of this financing.

**IT IS FURTHER ORDERED** that a continued hearing will be held on March 9, 2026, at 11:00 a.m. at Sacramento Courtroom 35, Department C.

Dated: February 25, 2026

_____
United States Bankruptcy Judge

---

[29] - Motion/Application For an Order Authorizing Post-Petition Debtor-in-Possession Financing [MB-7] Filed by Debtor Rizo-Lopez Foods, Inc. (lbef) [29] - Motion/Application Granting Post-Petition Liens and Super Priority Claims [MB-7] Filed by Debtor Rizo-Lopez Foods, Inc. (lbef) [29] - Motion/Application Granting Relief From Stay [MB-7] Filed by Debtor Rizo-Lopez Foods, Inc. (lbef) [29] - Motion/Application Limiting Prepetition Liens Pursuant To Bankruptcy Code Section 552(B) [MB-7] Filed by Debtor Rizo-Lopez Foods, Inc. (lbef)