**2**
DON J. POOL, SBN 166468
FENNEMORE LLP
8080 N. Palm Avenue, Third Floor
Fresno, California 93711
Tel: (559) 432-4500 / Fax: (559) 432-4590
dpool@fennemorelaw.com

Attorneys for SHERILL HERNANDEZ SORTO; CARLOS HERNANDEZ; CESAR ARTURO PONCE ESTRADA; JOANN GIRON-HERNANDEZ; and FREDDY JOSE PONCE-RIVERA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

****

| | |
|---|---|
| In re:<br><br>RIZO-LOPEZ FOODS, INC., dba Tio Francisco, dba Don Francisco,<br><br>Debtor. | Case No.: 25-25004-C-11<br><br>Chapter 11<br><br>DCN: DJP-1<br><br>Date: March 25, 2026<br>Time: 11:00 AM<br>Place: United States Bankruptcy Court<br>501 "I" Street, 6th Floor<br>Courtroom 35, Department C<br>Sacramento, California<br>Judge: Honorable Christopher M. Klein |

**STATUS REPORT ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE LITIGATION IN THE DISTRICT COURT OF CLARK COUNTY, NEVADA AND FOR WAIVER OF FRBP 4001(a)(3)**

The Motion for Relief from Stay ("Motion") by SHERILL HERNANDEZ SORTO; CARLOS HERNANDEZ; CESAR ARTURO PONCE ESTRADA; JOANN GIRON-HERNANDEZ; and FREDDY JOSE PONCE-RIVERA (collectively "Movants") came on for preliminary hearing on February 25, 2026. Debtor filed a Non-Opposition to the Motion. At the hearing, two creditors voiced objections to the relief sought, Reser's Fine Foods, Inc. ("Reser's") and Sargento Foods, Inc. ("Sargento").

///

After the hearing, counsel for Movants provided a copy of the Arch Insurance Policy against which Movants are seeking to proceed to counsel for Debtor, Reser's and Sargento (the "Policy"). A redacted copy of the Policy is filed with this Status Report as **Exhibit A**.

Movants understand that, after review of the Policy, Reser's and Sargento will now withdraw their objections to the Motion on the condition that Movants proceed only against the Policy attached as Exhibit A, a condition to which Movants have agreed.

Accordingly, Movants request that the Court grant the Motion and issue an Order consistent with the foregoing agreement of the parties, and grant such other and further relief as the Court may deem just and proper.

Dated: March 6, 2026                    FENNEMORE LLP

                                By:    */s/ Don J. Pool*
                                       DON J. POOL
                                       Attorneys for SHERILL HERNANDEZ
                                       SORTO; CARLOS HERNANDEZ; CESAR
                                       ARTURO PONCE ESTRADA; JOANN
                                       GIRON-HERNANDEZ; and FREDDY JOSE
                                       PONCE-RIVERA

63586545/081733.0001