Filed 03/06/26  Case 25-25004  Doc 489

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
   *hagop.bedoyan@mccormickbarstow.com*
Garrett R. Leatham, #333362
   *garrett.leatham@mccormickbarstow.com*
Garrett J. Wade, #340285
   *garrett.wade@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Debtor in Possession
RIZO-LÓPEZ FOODS INC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>RIZO-LÓPEZ FOODS, INC.,<br><br>        Debtor in Possession. | Case No. 25-25004-C-11<br><br>Chapter 11<br><br>DC No.: MB-06<br><br>Hearing<br><br>Date:  March 9, 2026<br>Time:  11:00 a.m.<br>Place:  Dept. C, Ct. Rm. 35, 6th Fl.<br>        United States Bankruptcy Court<br>        501 "I" Street<br>        Sacramento, CA 95814<br>Judge:  Honorable Christopher M. Klein |

**TENTH SUPPLEMENTAL DECLARATION OF EDWIN RIZO IN SUPPORT OF MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**

I, EDWIN RIZO, hereby declare and represent as follows:

1.    I am the CEO of Rizo-Lopez Foods, Inc., a corporation, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"). As such, I am generally familiar with the day-to-day operations, business affairs and books and records.

2.    I am over eighteen years of age. I have personal knowledge of the information set forth herein and base the statements made in this declaration on the information available to me and my belief. I make this Tenth Supplemental Declaration ("Tenth Supplemental Declaration") in

support of *Debtor's Motion for Order Authorizing Use of Cash Collateral and Granting Adequate Protection* [Doc 25] (the "Motion").

3. Since the filing of the Motion, the Court has made ten interim orders authorizing the use of cash collateral, granting adequate protection and continuing the hearings on the Motion [Docs 66, 144, 220, 242, 273, 314, 347, 388, 421, and 473] (the "Previous Interim Orders").

4. The Previous Interim Orders authorized the Debtor, pursuant to 11 U.S.C. §§ 361, 363(c), and 363(e), and subject to each of the limitations set forth in the Previous Interim Orders, to use "cash collateral" as that term is defined in 11 U.S.C. § 363(a), in which the Secured Creditors having or asserting an interest in, including, without limitation, all cash and all proceeds of accounts receivable, in the ordinary course of the Debtor's business, from the Petition Date pending a continued or final hearing on the Motion solely for the purposes and in the total amount set forth in the budget attached to the Motion as Exhibit "A" and incorporated therein by this reference as though set forth in full (subject to a variance of no more than ten percent (10%) (the "Budget").

5. The current *Ninth Interim Order Authorizing Use of Cash Collateral, Granting Adequate Protection and Continuing Hearing* dated February 25, 2026 [Doc 473] [the "Ninth Interim Order") continued the hearing on the Motion to March 9, 2026, and authorized the Debtor to use "cash collateral" through the week ending March 13, 2026 solely for the purposes, and in the total amount, set forth in the budget attached to the Ninth Interim Order as Exhibit "A" and incorporated therein by this reference as though set forth in full (subject to a variance of no more than ten percent (10%) (the "Ninth Budget").

6. On October 27, 2025, the Debtor filed its *Motion of Debtor Pursuant To 11 U.S.C. §§ 1112(A), Fed. R. Bankr. P. 1017(F) And 9014, And B.L.R. 9014-1(B)(1)(C) For Entry of An Order to Convert Chapter 11 Case To Chapter 7* [Doc 202] (the "Conversion Motion"). A continued hearing on the Conversion Motion has been set for March 9, 2026, at 11:00 a.m.

7. Since the entry of the Previous Interim Orders and the filing of the Conversion Motion, the Debtor has been focusing its efforts to finalize an Asset Purchase Agreement ("APA") with the leading proposed purchaser of the Debtor's assets. I am happy to report that a final version of the APA has been agreed to and the parties are exchanging signatures today.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2 — Case No. 25-25004-C-11
TENTH SUPPLEMENTAL DECLARATION OF EDWIN RIZO IN SUPPORT OF MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION

8. Attached to this Tenth Supplemental Declaration as **Exhibit "A"** is a three-week cash collateral budget projecting revenues and expenses from the week ending March 20, 2026, through the week ending April 3, 2026 (the "Tenth Amended Budget").

9. The Tenth Amended Budget was prepared by the Debtor's Controller, Gerardo Leon-York, in the course and scope of his employment under my supervision and with the assistance of the Debtor's financial advisors, including Quintin Brown of the Stapleton Group.

10. The Tenth Amended Budget provides for the Debtor to continue operating through the week ending April 3, 2026, while it prepares a motion to sell its assets in accordance with the terms of the APA.

11. The Tenth Amended Budget makes the following assumptions:

    a. Budget period spans three weeks ending on 4/3/26;

    b. Receipts from sales of $2,499,000;

    c. No advances from Rizo DIP lender. Rizo DIP balance remains at $2,900,000;

    d. No rent payments to insiders;

    e. No compensation to Rizo Brothers;

    f. No interest payments on Rizo DIP loan;

    g. Minimal bankruptcy professional fee payments during the Tenth Amended Budget for Donlin Recano, the Debtor's Claims Agent. Additional payments for other professionals are expected to occur after the April 1, 2026 continued hearing, subject to bankruptcy court approval.

    h. Debtor will continue to operate its plant five-days a week during month of March and employ approximately 126 employees;

    i. Adequate protection payments to Wells Fargo total $85,000 during the week ending March 27, 2026;

    j. No quarterly UST fees. Q1 fees are due 4/30.

///

///

///

1. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of March 2026 in Modesto, California.

*Edwin Rizo* (signed)
Edwin Rizo

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

4

Case No. 25-25004-C-11

TENTH SUPPLEMENTAL DECLARATION OF EDWIN RIZO IN SUPPORT OF MOTION
TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION