1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Hagop T. Bedoyan, #131285
     *hagop.bedoyan@mccormickbarstow.com*
3  Garrett R. Leatham, #333362
     *garrett.leatham@mccormickbarstow.com*
4  Garrett J. Wade, #340285
     *garrett.wade@mccormickbarstow.com*
5  7647 North Fresno Street
   Fresno, California 93720
6  Telephone:     (559) 433-1300
   Facsimile:      (559) 433-2300
7
   Attorneys for Debtor in Possession
8  RIZO-LÓPEZ FOODS, INC.

9

               UNITED STATES BANKRUPTCY COURT

      EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| In re | Case No. 25-25004-C-11 |
|---|---|
| RIZO-LÓPEZ FOODS, INC., | Chapter 11 |
| Debtor in Possession. | DC No.: MB-06 |
| | Hearing |
| | Date: March 9, 2026 |
| | Time: 11:00 a.m. |
| | Place: Dept. C, Ct. Rm. 35, 6th Fl. |
| | United States Bankruptcy Court |
| | 501 "I" Street |
| | Sacramento, CA 95814 |
| | Judge: Honorable Christopher M. Klein |

**EXHIBIT IN SUPPORT OF TENTH SUPPLEMENTAL DECLARATION OF EDWIN RIZO IN SUPPORT OF MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**

Rizo-López Foods, Inc. (the "Debtor" or "RLF"), the debtor and debtor in possession in the above-captioned chapter 11 case, hereby submits the following exhibit in support of its *Tenth Supplemental Declaration of Edwin Rizo in Support of Motion to Use Cash Collateral and Grant Adequate Protection:*

| Exhibit | Description | Pages |
|---|---|---|
| A | Budget Through Week Ending April 3, 2026 | 3-5 |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

EXHIBIT IN SUPPORT OF TENTH SUPPLEMENTAL DECLARATION OF EDWIN RIZO IN SUPPORT OF MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION

Respectfully submitted,

Dated: March **6**, 2026

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____

Hagop T. Bedoyan
Garrett R. Leatham
Garrett J. Wade
Proposed Attorneys for Debtor in Possession
RIZO-LÓPEZ FOODS, INC.

042026-000000 16035305.1

EXHIBIT IN SUPPORT OF TENTH SUPPLEMENTAL DECLARATION OF EDWIN RIZO IN SUPPORT
OF MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION

# EXHIBIT A

**RIZO LOPEZ FOODS**
**CASH COLLATERAL BUDGET**
*$ In Thousands*

| Wk #<br>Week Ending Friday | 1<br>3/20 | 2<br>3/27 | 3<br>4/3 | 3 WK<br>TOTAL |
|---|---|---|---|---|
| **CASH FLOW** | | | | |
| **Operating Receipts** | | | | |
| Manufacturing | 684 | 661 | 781 | **2,126** |
| Private Label - Resale | 142 | 115 | 115 | **373** |
| Other | - | - | - | **-** |
| **Total Ops Rec** | **826** | **776** | **896** | **2,499** |
| **Operating Disbursements** | | | | |
| COGS: Milk, Materials | 453 | 503 | 505 | **1,460** |
| Payroll | 410 | 13 | 410 | **833** |
| Repairs, Maint., Supplies | 50 | 50 | 50 | **150** |
| Insurance | 12 | 28 | - | **40** |
| Outside Services | 20 | 20 | 20 | **60** |
| Credit Card and Utilities | 10 | 169 | 3 | **181** |
| Distribution | 20 | 20 | 18 | **57** |
| Rent (I&E McClure/RL Gardena) | - | - | - | **-** |
| Truck Leases | 11 | 11 | 9 | **32** |
| **Total Ops Disb** | **985** | **813** | **1,014** | **2,813** |
| **Ops CF** | **(159)** | **(37)** | **(118)** | **(314)** |
| *Cumulative Ops CF* | *(159)* | *(197)* | *(314)* | |
| **Non-Operating Receipts** | | | | |
| DIP Funding | - | - | - | **-** |
| Bridge/Stalking Horse Loan | - | - | - | **-** |
| **Total Non-Ops Rec** | **-** | **-** | **-** | **-** |
| **Non-Operating Disbursements** | | | | |
| WFEF Adequate Pro | - | 42 | - | **42** |
| WFB Adequate Pro - TI | - | 18 | - | **18** |
| WFB Adequate Pro - Cash Col. | - | 25 | - | **25** |
| DIP Interest | - | - | - | **-** |
| OCP | - | - | - | **-** |
| BK Pro Fees (Escrow) | - | - | - | **-** |
| Court Approved Pro Fees | 28 | - | - | **28** |
| UST Qtrly | - | - | - | **-** |
| Other | - | - | - | **-** |
| **Total Non-Ops Disb** | **28** | **85** | **-** | **113** |
| **Net CF** | **(187)** | **(122)** | **(118)** | **(427)** |
| *Cumulative Net CF* | *(187)* | *(309)* | *(427)* | |

**RIZO LOPEZ FOODS**
**CASH COLLATERAL BUDGET**
*$ In Thousands*

| Wk #<br>*Week Ending Friday* | 1<br>3/20 | 2<br>3/27 | 3<br>4/3 | 3 WK<br>TOTAL |
|---|---|---|---|---|
| **LIQUIDITY** | | | | |
| **Cash** | | | | |
| Beginning Cash | 435 | 248 | 126 | 435 |
| Net CF | (187) | (122) | (118) | (427) |
| **Net Ending Cash** | 248 | 126 | 8 | 8 |
| | | | | |
| **DIP** | | | | |
| Beginning DIP | 2,900 | 2,900 | 2,900 | 2,900 |
| Funding | - | - | - | - |
| **Ending DIP** | 2,900 | 2,900 | 2,900 | 2,900 |